UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dorman Angel, et al.,
    Plaintiffs

v.                                    Case No.  C-1-01-647

PACE, Local 1967, et al.,
    Defendants

**NOTICE**

       The above captioned case is scheduled for a conference on the Rule 26(f) Report on January 26, 2004 at 9:00 a.m. Counsel who choose to participate by telephone are to contact the undersigned no later than Wednesday, January 21 at noon.

December 12, 2003                     s/Mary Brown
Date                                 Mary Brown, 513.564.7520
                                        Case Manager to Judge Beckwith

To:     All Counsel