IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Dorman Angel, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:01-CV-467 |
| | ) |
| vs. | ) |
| | ) |
| United Paperworkers | ) |
| International Union (PACE) | ) |
| Local 1967, et al., | ) |
| | ) |
| Defendants. | ) |

O R D E R

This matter came before the Court on March 8, 2004 for a conference on the parties' Rule 26(f) Report. Pursuant to the conference, Plaintiffs' Rule 26(a)(1) disclosures are due no later than April 12, 2004. The Court, in consultation with the parties, shall establish the remaining calendar deadlines at the status conference to be held on April 20, 2004, at 12:00 p.m.

**IT IS SO ORDERED**

Date  March 8, 2004                    s/Sandra S. Beckwith
                                       Sandra S. Beckwith
                                  United States District Judge