UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DORMAN ANGEL, et al.,**
    **Plaintiffs**

                                                            Civil Action No. C-10-467
v.                                                          JUDGE: BECKWITH

**INTERNATIONAL PAPER COMPANY, et al.,**
    **Defendants.**

### NOTICE OF CHANGE OF ADDRESS OF VINCENT MIRAGLIA

1. Vincent Miraglia was admitted *pro hac vice* in the above entitled matter.

2. On March 12, 2004, Vincent Miraglia left the firm of McGuireWoods and became employed by the Defendant in this matter, International Paper Company.

3. Vincent Miraglia respectfully requests that the record be changed to reflect his new address as set forth below:

> Vincent Miraglia
> International Paper Company
> Legal Department
> 6400 Poplar Avenue
> Memphis TN 38197

4. This change will not affect the status of his pro hac vice, delay the progress of this case, otherwise interrupt the working operation of the Court, or be manifestly unfair to either Party.

Respectfully submitted this 11th day of March, 2004.

INTERNATIONAL PAPER COMPANY

/s Michael A. Roberts
Counsel

| | |
|---|---|
| Michael Roberts, Esq. | W. Carter Younger, Esq. (admitted *pro hac vice*) |
| Graydon Head & Ritchey, LLP | Vincent J. Miraglia, Esq. (admitted *pro hac vice*) |
| 1900 5th 3rd Center | McGuireWoods LLP |
| 511 Walnut Street | 1050 Connecticut Avenue |
| Cincinnati, Ohio 45202 | Washington, DC 20036 |
| (513) 629-2799 | (202) 857-1704 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed with the Court and mailed this 11th day of March 2004 to: Mark J. Byrne, Esq., JACOBS, KLEINMAN, SEIBEL & MCNALLY, 2200 Kroger Building, 1014 Vine Street, Cincinnati, OH 45202; James B. Robinson, 2500 Kroger Building, 1014 Vine Street, Cincinnati, OH 45202; Robert I. Doggett 215 East Ninth Street, Sixth Floor, Cincinnati, Ohio 45202; and Stanley F. Lechner, MORGAN, LEWIS & BOCKIUS, 1111 Pennsylvania Avenue, NW Washington, DC 20004.

/s Michael A. Roberts