IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dorman Angel, et al., )
                           )
         Plaintiffs, ) Case No. 1:01-CV-467
                           )
  vs. )
                           )
United Paperworkers )
International Union (PACE) )
Local 1967, et al., )
                           )
         Defendants. )

O R D E R

This matter came before the Court on April 20, 2004 for a scheduling conference. By agreement of the parties, the Court established the following trial calendar:

| | |
|---|---|
| Discovery cutoff | December 31, 2004 |
| Identification of Plaintiffs' experts | June 1, 2004 |
| Production of Plaintiffs' experts' reports | July 1, 2004 |
| Identification of Defendants' experts | August 1, 2004 |
| Production of Defendants' experts' reports | September 1, 2004 |
| Witness identification, including name, contact information, and synopsis of expected testimony | November 30, 2004 |
| Dispositive motions deadline | January 31, 2005 |
| Final Pretrial Conference | April 29, 2005, 1:30 p.m. |
| Trial | May 16, 2005, 1:30 p.m. |

During the conference, Plaintiffs' counsel agreed to structure discovery so as to minimize the burden to Defendants Smart Paper and International Paper Company, but at the same time allow the Union Defendants to take the discovery they need.  This will be accomplished by Plaintiffs concentrating their initial discovery efforts on Smart Paper and International Paper's liability and agreeing to allow Smart Paper and International Paper to reopen at a later time any deposition taken initially by the Unions.

   **IT IS SO ORDERED**

Date  April 20, 2004          s/Sandra S. Beckwith
                 Sandra S. Beckwith
              United States District Judge