## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.** | : | CIVIL ACTION NO. **C-1-01-467** |
| | : | |
| Plaintiffs | : | JUDGE: **BECKWITH** |
| | : | MAGISTRATE JUDGE: **BLACK** |
| vs. | : | |
| | : | |
| **UNITED PAPERWORKERS** | : | **PLAINTIFFS' EXPERT** |
| **INTERNATIONAL UNION (PACE)** | : | **IDENTIFICATION** |
| **LOCAL 1967, et al.** | : | |
| | : | |
| Defendants | : | |

Now come Plaintiffs, by and through counsel, and hereby designate John Phelps, Ph.d. as an expert they may use in this case.

                                             RESPECTFULLY SUBMITTED,

                                             /s/ Mark J. Byrne
                                             **MARK J. BYRNE - #0029243**
                                             JACOBS, KLEINMAN, SEIBEL & MCNALLY
                                             Trial Attorneys for Plaintiffs
                                             2300 Kroger Building
                                             1014 Vine Street
                                             Cincinnati, OH  45202
                                             (513) 381-6600

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C.J. Schmidt, Esquire
Harold G. Korbee, Esquire
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202
cjschmidt@woodlamping.com

Michael A. Roberts, Esquire
Graydon, Head & Ritchey
Attorney for Defendant
 International Paper Company
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202
mroberts@graydon.com

Vincent J. Miraglia, Esquire
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN  38197
vmiraglia@mcquirewoods.com

James B. Robinson, Esquire
Kircher, Robinson & Welch
Attorney for Defendant
 PACE International Union
2520 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
kircher@fuse.net

Robert J. Hollingsworth, Esquire
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH  45202
rjh@corsbassett.com

Stanley F. Lechner, Esquire
Laine S. Posel, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
slechner@morganlewis.com
lposel@morganlewis.com

I also certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Ronald Morgan, Esquire
Morgan & Associates
118 South Second Street
Hamilton, OH  45011

Robert I. Doggett, Esquire
Attorney for Defendant
  PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, OH  45244

W. Carter Younger, Esquire
McGuire Woods LLP
Attorney for Defendant
  International Paper Company
Washington Square
1050 Connecticut Avenue, N.W., Suite 1200
Washington, DC  20036-5317

    /s/ Mark J. Byrne
    **MARK J. BYRNE - #0029243**
    Attorney for Plaintiffs