UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.,** | :: | CASE NO. C-1-01 467 |
| **Plaintiffs** | :: | JUDGE:  BECKWITH |
| | | MAGISTRATE JUDGE: BLACK |
| vs. | :: | |
| **UNITED PAPERWORKERS INTERNATIONAL UNION (PACE) LOCAL 1967, et al.** | :: | |
| | :: | |
| Defendants | :: | |

: : : :: : : :

**DEFENDANT PAPER, ALLIED INDUSTRIAL, CHEMICAL
& ENERGY WORKERS UNION, AFL-CIO S
EXPERT IDENTIFICATION**

Now comes Defendant,, Paper, Allied Industrial, Chemical & Energy Workers Union, AFL-CIO, by and through counsel, and hereby designates Michael T. Hayes, CPA, Hayes Eadie Inc, 10250 Alliance Road, Suite 130, Cincinnati, Ohio, 45242, as an expert they may use in this case.

Respectfully submitted,

s/James B. Robinson

**JAMES B. ROBINSON    (0023483)
KIRCHER, ROBINSON & WELCH
1014 Vine Street, Suite 2520
Cincinnati, Ohio  45202
Phone:        513-381-3525
  Fax:        513-381-5665**

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of July, 2004, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      Mark J. Byrne, Esq.
      Jacobs, Kleinman, Seibel & McNally
      Attorney for Plaintiffs
      2300 Kroger Building
      1014 Vine Street
      Cincinnati, Ohio   45202

      C. J. Schmidt, Esq.
      Harold G. Korbee, Esq.
      Wood & Lamping, LLP
      600 Vine Street, Suite 2500
      Cincinnati, Ohio 45202

      Michael A. Roberts, Esq.
      Graydon, Head & Ritchey
      Attorney for Defendant
        International Paper Company
      1900 Fifth Third Center
      511 Walnut Street
      Cincinnati, Ohio   45202

      Vincent J. Miraglia, Esq.
      International Paper Company
      Legal Department
      6400 Poplar Avenue
      Memphis, TN   38197

      Robert J. Hollingsworth, Esq.
      Cors & Bassett
      Attorney for Defendant Smart Papers, LLC
      537 E. Peter Rose Way, Suite 400

Cincinnati, Ohio   45202

Stanley F. Lechner, Esq.
Laine S. Posel, Esq.
Morgan, Lewis & Bockius
Attorney for Defendant
 Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C.   20004

I also certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ronald Morgan, Esq.
Morgan & Associates
118 South Second Street
Hamilton, Ohio   45011

Robert I.. Doggett
Attorney for Defendant
 PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, Ohio   45244

and

W. Carter Younger, Esq.
McGuire Woods LLP
Attorney for Defendant
 International Paper Company
Washington Square
1050 Connecticut Avenue, N.W.,, Suite 1200
Washington, DC   20036-5317

s/James B. Robinson

**JAMES B. ROBINSON**