UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DORMAN ANGEL, et al.,
    Plaintiffs

v.

**Civil Action No. C-10-467**
**JUDGE: BECKWITH**

INTERNATIONAL PAPER COMPANY, et al.,
    Defendants.

### DECLARATION OF GEORGE PAYTON

1. My name is George Payton. I am over eighteen (18) years of age, have personal knowledge of the facts herein recited, and am competent to testify.

2. From August 2000 to September 2002, I was the Human Resources Manager for Divestitures and Acquisitions for International Paper. During that time, I was responsible for overseeing the human resources aspects of International Paper's sale of the Hamilton "B" Street Mill to Smart Paper.

3. In June 2000, International Paper reached a merger agreement with Champion International Corporation. As part of the merger with Champion, International Paper acquired the Hamilton "B" Street Mill ("Mill") in Hamilton, Ohio. On February 9, 2001, International Paper finalized the sale of the Mill to Smart Papers.

4. Prior to the merger, International Paper representatives met with representatives of PACE Local 5-1967 to engage in effects bargaining. The result of these negotiations was an Effects Bargaining Agreement, attached as Attachment A to this Declaration.

5. The Effects Bargaining Agreement required that International Paper pay severance to active employees who applied for employment with SMART, but were not

hired. The Effects Bargaining Agreement also required International Paper to pay severance to employees who were terminated by SMART through no fault of their own within 18 months of the sale date.

6. International Paper paid severance to all employees entitled to it under the terms of the Effects Bargaining Agreement. A summary of those payments, organized by age, is set forth in Attachment B to this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct according to my personal knowledge, information and belief.

Executed on September 16, 2004.

_____
George Payton

Hamilton B – Street Mill
Effects Bargaining Package
January 23, 2001

As a result of the sale of the Hamilton B Street Mill to SMART Papers, LLC, International Paper proposes the following benefits to the PACE International Union and its affiliate Local 1967.

The following proposal is contingent upon timely ratification of this package by January 31, 2001.

### SEVERANCE:

Employees who do not receive an employment offer from SMART Papers will be paid 60 hours pay at the rate of their current permanent classification (not red circle rates) on the date of sale for each full and pro-rata year of continuous service with International Paper. Payment will be made as a lump sum within 30 days following date of sale and this payment will be subject to all applicable taxes.

Employees who do receive an employment offer from SMART Papers will not be entitled to severance pay unless they are terminated from SMART Papers, through no fault of their own, within eighteen (18) months of the sale date.

To be eligible for severance pay, an employee must be actively at work on the date of sale. Employees on disability or other approved leaves must be released to return to work in their former classification.

The Union agrees that Severance Program 817, or any other Severance Program, does not apply and that this severance agreement is the only severance agreement applicable to the employees of the Hamilton B Street Facility.

### MEDICAL INSURANCE:

Employees who do not receive an employment offer from SMART Papers and elect to continue Medical Insurance coverage under COBRA, will have their coverage continued at Company expense to the end of the month in which the employee is terminated and for three (3) full months thereafter. All other employees, including those that accept employment with SMART Papers, can continue medical insurance coverage under COBRA for eighteen (18) months and will pay the full COBRA rate for this coverage.

## DENTAL INSURANCE:

Company contributions toward Dental Insurance will cease at the end of the month of termination. All employees may elect to continue coverage under COBRA by paying the full COBRA premium rate.

## LIFE INSURANCE:

Employees who do not receive an employment offer from SMART Papers will have their coverage continued at Company expense to the end of the month in which the employee is terminated and for three (3) full months thereafter.

All other employees will have coverage continued for thirty-one (31) days following date of termination.

## RETIREE LIFE INSURANCE (Death Benefit):

Employees who have met the age and service requirements for retiree life insurance as of the date of sale (age 55 with 10 years of service) will retain their eligibility for the death benefit from the International Paper Plan whenever they elect to retire. This eligibility remains regardless of employment with SMART Papers.

## SICKNESS AND ACCIDENT INSURANCE AND LTD:

Coverage will be terminated on the date the employee is terminated, except for valid claims in progress on that date. Coverage for claims in progress prior to termination will continue until the earlier of (1) receipt of maximum benefits or (2) employee ceases to be disabled. Disabilities incurred after the date of termination will not be covered by the plan.

## PENSION BENEFITS:

All employees will receive pension benefits as provided in accordance with the current pension plan.

## VACATION:

Employees, who do not accept employment with SMART Papers, will be paid all earned and unused vacation pay within 30 days following date of termination. This payment will be subject to all applicable taxes.

Employees accepting employment with SMART Papers will schedule vacations and be paid vacation pay at the accrued rate by SMART Papers.

### RETIREE MEDICAL COVERAGE:

Employees who have met the age and service requirements for Retiree Medical Coverage as of the date of sale (Age 55 with 10 years of service) will retain their eligibility for Retiree Medical Benefits from the International Paper Plan whenever they elect to retire. This eligibility remains regardless of employment, with SMART Papers.

### OUTPLACEMENT ASSISTANCE:

State and local agencies will be utilized to identify employment opportunities for interested employees. Assistance with resume preparation will be provided.

### EMPLOYEE ASSISTANCE PROGRAM:

The Company will continue to provide employee assistance support for three (3) full months following the date of sale. The Company will provide financial group counseling sessions by a certified financial planner.

### OUTSTANDING GRIEVANCES:

All outstanding grievances will be considered settled and closed in accordance with agreed upon terms.

**Any employee that quits, resigns or is terminated for cause prior to the date of sale, without formal release by the Company, will forfeit eligibility under this agreement.**

**The provisions above apply only to those employees who have fully cooperated in the interview process. Cooperation includes submitting a completed employment application and signing and returning the requested forms including one requiring a substance abuse screen, and participating in the employment interview process.**

### SIGNATURE

| | |
|---|---|
| J. T. Stewart<br>Labor Relations Consultant | Kenneth Stanifer<br>PACE International Union Rep. |
| Annetta Johnson<br>HR/OD Manager | Tim Bray<br>PACE Local 1967, President |

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary/ Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| RILEY | RICHARD | 2/14/1936 | 2/9/2001 | 06/14/1954 | 46.6904 | 18.39 | $51,518.20 |
| SHARP | ROLAND | 12/17/1936 | 2/9/2001 | 03/23/1964 | 36.9096 | 18.39 | $40,726.04 |
| BRASHEAR | DALE | 2/5/1937 | 2/9/2001 | 07/18/1955 | 45.5973 | 20.80 | $56,905.38 |
| ARTHUR | RAYMOND | 4/1/1938 | 2/9/2001 | 03/22/1968 | 32.9096 | 16.58 | $32,738.46 |
| JOHNS | JAMES | 7/25/1938 | 2/9/2001 | 04/11/1966 | 34.8575 | 20.80 | $43,502.20 |
| HOLLAND | ALFRED | 1/27/1939 | 2/9/2001 | 06/03/1970 | 30.7096 | 14.14 | $26,054.02 |
| EMBRY | GEORGE | 2/20/1939 | 2/9/2001 | 05/14/1965 | 35.7671 | 21.92 | $47,040.92 |
| CROY | FRED | 2/23/1939 | 2/9/2001 | 11/03/1969 | 31.2904 | 17.11 | $32,122.74 |
| JAMISON | HAROLD | 4/12/1939 | 2/9/2001 | 03/30/1966 | 34.8904 | 18.93 | $39,628.53 |
| BARGER | JOHN | 5/28/1939 | 2/9/2001 | 09/05/1969 | 31.4521 | 17.83 | $33,647.41 |
| BORN | JOSEPH | 7/30/1939 | 2/9/2001 | 10/30/1957 | 43.3096 | 20.80 | $54,050.37 |
| STEWART | ANITA | 9/12/1939 | 2/9/2001 | 04/08/1974 | 26.8603 | 16.56 | $26,688.37 |
| RATLIFF | JACK | 10/4/1939 | 2/9/2001 | 12/04/1958 | 42.2137 | 20.80 | $52,682.70 |
| RICHARD | GARRETT | 10/8/1939 | 2/9/2001 | 04/19/1965 | 35.8356 | 23.83 | $51,237.76 |
| WEBB | CARL | 10/10/1939 | 2/9/2001 | 12/05/1969 | 31.2027 | 16.43 | $30,759.66 |
| MARCUM | JOHN | 2/16/1940 | 2/9/2001 | 02/27/1969 | 31.9726 | 20.40 | $39,134.47 |
| WHITAKER | DONALD | 3/29/1940 | 2/9/2001 | 07/01/1968 | 32.6329 | 14.76 | $28,899.68 |
| CAMPBELL | ELMER | 5/18/1940 | 2/9/2001 | 01/24/1966 | 35.0685 | 18.32 | $38,547.29 |
| WALKER | HENRY | 7/8/1940 | 2/9/2001 | 11/29/1972 | 28.2164 | 16.33 | $27,646.47 |
| HOSIER | CHARLES | 7/14/1940 | 2/9/2001 | 07/18/1966 | 34.5890 | 16.56 | $34,367.67 |
| SORRELL | MERRILL | 9/11/1940 | 2/9/2001 | 06/07/1965 | 35.7014 | 21.92 | $46,954.44 |
| BAKER | ROGER | 10/5/1940 | 2/9/2001 | 01/10/1963 | 38.1096 | 20.40 | $46,646.14 |
| PROFFITT | LEONARD | 10/5/1940 | 2/9/2001 | 03/14/1966 | 34.9342 | 23.75 | $49,781.30 |
| KLOCK JR | WALTER | 10/6/1940 | 2/9/2001 | 08/27/1968 | 32.4767 | 20.81 | $40,550.42 |
| LANE | JESSIE | 1/7/1941 | 2/9/2001 | 11/27/1967 | 33.2274 | 19.67 | $39,214.97 |
| PREWITT | ROBERT | 1/17/1941 | 2/9/2001 | 02/11/1974 | 27.0137 | 16.67 | $27,019.10 |
| WIGGINS | EUGENE | 1/19/1941 | 2/9/2001 | 04/27/1998 | 2.7918 | 20.46 | $3,427.19 |
| YAUGER | MIKE | 2/8/1941 | 2/9/2001 | 03/08/1969 | 31.9479 | 21.92 | $42,017.94 |
| **AVERAGE** | **Age 60-65** | | | | **33.5421** | | **$38,696.78** |
| DEBOARD | DONALD | 5/8/1941 | 2/9/2001 | 11/29/1967 | 33.2219 | 19.67 | $39,208.51 |
| ANGEL | DORMAN | 5/18/1941 | 2/9/2001 | 02/13/1967 | 34.0137 | 23.07 | $47,081.76 |
| CONGLETON | DAVID | 5/24/1941 | 2/9/2001 | 03/26/1963 | 37.9041 | 23.83 | $54,195.30 |
| WRIGHT | WILLIAM | 6/8/1941 | 2/9/2001 | 02/27/1967 | 33.9753 | 17.11 | $34,879.09 |
| WAHL | LAWRENCE | 6/10/1941 | 2/9/2001 | 01/16/1969 | 32.0877 | 17.23 | $33,172.23 |
| BIHR | FRANCIS | 10/4/1941 | 2/9/2001 | 03/25/1968 | 32.9014 | 19.18 | $37,862.90 |
| BEGLEY | GOVAN | 11/3/1941 | 2/9/2001 | 02/28/1966 | 34.9726 | 19.18 | $40,246.47 |
| DURBIN | ANDRONICUS | 11/7/1941 | 2/9/2001 | 01/17/1967 | 34.0877 | 20.80 | $42,541.41 |
| SPICER | DAVID | 11/17/1941 | 2/9/2001 | 06/08/1966 | 34.6986 | 20.80 | $43,303.89 |
| VONSTEIN | EDWARD | 1/7/1942 | 2/9/2001 | 06/28/1963 | 37.6466 | 21.01 | $47,457.27 |
| JOHNSON | ROBERT | 2/7/1942 | 2/9/2001 | 11/11/1968 | 32.2685 | 18.78 | $36,360.14 |
| PARKS | SANDRA | 2/19/1942 | 2/9/2001 | 08/04/1975 | 25.5370 | 19.18 | $29,387.96 |
| BROERING | DAVID | 2/20/1942 | 2/9/2001 | 11/03/1969 | 31.2904 | 19.78 | $37,135.46 |
| MCINTOSH | MARK | 4/16/1942 | 2/9/2001 | 07/26/1965 | 35.5671 | 19.67 | $41,976.32 |
| MILLER | JERRY | 5/3/1942 | 2/9/2001 | 07/25/1969 | 31.5671 | 18.05 | $34,187.19 |

1

Hamilton "B" Street  
Severance Paid  
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| ASHER | RAYMOND | 8/19/1942 | 5/31/2001 | 05/27/1968 | 33.0329 | 17.89 | $35,457.49 |
| GROGG | FREEMAN | 8/19/1942 | 2/9/2001 | 04/15/1968 | 32.8438 | 19.86 | $39,136.71 |
| ARTHURS | BOBBY | 11/13/1942 | 2/9/2001 | 08/24/1983 | 17.4767 | 17.80 | $18,665.13 |
| HOWARD | DOUGLAS | 1/26/1943 | 2/9/2001 | 08/26/1968 | 32.4795 | 18.39 | $35,837.83 |
| HOWARD | RUSSELL | 1/26/1943 | 2/9/2001 | 08/23/1968 | 32.4877 | 19.42 | $37,854.63 |
| JOHNSON | KENNETH | 2/22/1943 | 2/9/2001 | 04/04/1966 | 34.8767 | 15.78 | $33,021.27 |
| CASEY JR | LUCIOUS | 3/11/1943 | 2/9/2001 | 09/29/1965 | 35.3890 | 20.80 | $44,165.52 |
| BOGGS | JAMES | 5/26/1943 | 2/9/2001 | 07/08/1968 | 32.6137 | 20.40 | $39,919.17 |
| HAMPTON | JERRY | 5/28/1943 | 2/9/2001 | 02/16/1966 | 35.0055 | 22.40 | $47,047.36 |
| SCHWEITZER | RONALD | 6/3/1943 | 2/9/2001 | 08/28/1967 | 33.4767 | 18.93 | $38,022.85 |
| EICHLER JR | JOHN | 6/25/1943 | 2/9/2001 | 01/26/1966 | 35.0630 | 17.62 | $37,068.62 |
| LEHMAN JR | CHARLES | 7/28/1943 | 2/9/2001 | 05/06/1964 | 36.7890 | 17.11 | $37,767.63 |
| LIVINGSTON | VIVIAN | 9/18/1943 | 2/9/2001 | 07/08/1974 | 26.6110 | 21.02 | $33,561.74 |
| BUELL | JAMES | 9/28/1943 | 2/9/2001 | 10/10/1966 | 34.3589 | 17.11 | $35,272.85 |
| FOX JR | JESSE | 10/28/1943 | 2/9/2001 | 02/20/1967 | 33.9945 | 14.76 | $30,105.55 |
| PATRICK | C. | 11/7/1943 | 2/9/2001 | 03/23/1981 | 19.8986 | 20.22 | $24,141.02 |
| THOMAS | MICHAEL | 11/23/1943 | 2/9/2001 | 03/26/1966 | 34.9014 | 20.80 | $43,556.91 |
| HOGG | BILLY | 1/11/1944 | 2/9/2001 | 03/02/1981 | 19.9562 | 14.76 | $17,673.18 |
| SHACKELFORD | ARTHUR | 1/28/1944 | 2/9/2001 | 03/11/1968 | 32.9397 | 20.80 | $41,108.78 |
| TACKETT | RANDOLPH | 2/7/1944 | 2/9/2001 | 04/12/1965 | 35.8548 | 17.62 | $37,905.69 |
| GABBARD | KEITH | 2/20/1944 | 2/9/2001 | 06/12/1963 | 37.6904 | 20.40 | $46,133.06 |
| WEAVER | WILLIAM | 3/31/1944 | 2/9/2001 | 04/03/1963 | 37.8822 | 18.05 | $41,026.41 |
| SCHMIDLIN | ROY | 4/28/1944 | 2/9/2001 | 04/02/1968 | 32.8795 | 19.67 | $38,804.33 |
| BREWER | DWAIN | 5/19/1944 | 2/9/2001 | 03/18/1974 | 26.9178 | 19.47 | $31,445.38 |
| WHICKER | KENNETH | 5/22/1944 | 2/9/2001 | 07/14/1969 | 31.5973 | 17.54 | $33,252.96 |
| ASHER | DANIEL | 6/27/1944 | 2/9/2001 | 04/24/1964 | 36.8219 | 22.81 | $50,394.48 |
| JORDAN | JOHNNY | 7/11/1944 | 2/9/2001 | 05/04/1964 | 36.7945 | 23.30 | $51,438.74 |
| BRUSHER | MERRIEL | 7/20/1944 | 2/9/2001 | 03/26/1969 | 31.8986 | 17.80 | $34,067.74 |
| LANEY | CARL | 7/21/1944 | 2/9/2001 | 03/18/1968 | 32.9205 | 19.18 | $37,884.97 |
| SHUPP | DONALD | 8/11/1944 | 2/9/2001 | 08/11/1967 | 33.5233 | 14.76 | $29,688.22 |
| POPP | CHARLES | 8/30/1944 | 2/9/2001 | 01/01/1968 | 33.1315 | 23.75 | $47,212.40 |
| SCHLOTTERBECK | RICHARD | 9/4/1944 | 2/9/2001 | 01/17/1966 | 35.0877 | 17.11 | $36,021.00 |
| GAINEY | BEN | 9/20/1944 | 2/9/2001 | 03/11/1969 | 31.9397 | 17.17 | $32,904.31 |
| BROWN | GEORGE | 10/27/1944 | 2/9/2001 | 09/25/1967 | 33.4000 | 20.80 | $41,683.20 |
| HELM | JIMMY | 11/11/1944 | 2/9/2001 | 07/14/1975 | 25.5945 | 14.76 | $22,666.51 |
| HARRIS | DONALD | 12/30/1944 | 2/9/2001 | 03/25/1968 | 32.9014 | 20.80 | $41,060.91 |
| BURKE | ROY | 1/6/1945 | 2/9/2001 | 01/16/1968 | 33.0904 | 21.92 | $43,520.51 |
| PETERSON | JAMES | 1/25/1945 | 2/9/2001 | 03/01/1969 | 31.9671 | 17.11 | $32,817.45 |
| KOLLSTEDT | MAURICE | 3/6/1945 | 2/9/2001 | 05/18/1964 | 36.7562 | 26.14 | $57,648.37 |
| HOUSTON | ELDON | 4/10/1945 | 2/9/2001 | 05/01/1970 | 30.8000 | 19.67 | $36,350.16 |
| MICK | MICHAEL | 4/25/1945 | 2/9/2001 | 10/04/1967 | 33.3753 | 17.40 | $34,843.86 |
| ROUSH | GLENDON | 5/16/1945 | 2/9/2001 | 02/18/1967 | 34.0000 | 22.81 | $46,532.40 |
| RAQUET | MICHAEL | 5/25/1945 | 2/9/2001 | 10/24/1966 | 34.3205 | 20.80 | $42,832.04 |
| PARKER | JAMES | 6/13/1945 | 2/9/2001 | 04/04/1966 | 34.8767 | 18.78 | $39,299.08 |
| BAKER | JOHN | 7/27/1945 | 2/9/2001 | 03/23/1981 | 19.8986 | 19.96 | $23,830.60 |
| GLORE | LARRY | 8/13/1945 | 2/9/2001 | 03/20/1968 | 32.9151 | 20.40 | $40,288.04 |

2

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| GLEASON | RANDALL | 9/3/1945 | 2/9/2001 | 04/17/1970 | 30.8384 | 18.36 | $33,971.53 |
| BAKER | BOBBY | 9/19/1945 | 2/9/2001 | 09/18/1968 | 32.4164 | 20.80 | $40,455.72 |
| WEAVER | ANTHONY | 10/10/1945 | 2/9/2001 | 04/11/1983 | 17.8466 | 14.76 | $15,804.93 |
| NUNN JR | WADE | 10/26/1945 | 2/9/2001 | 01/20/1969 | 32.0767 | 20.24 | $38,953.96 |
| LEAK | GEORGE | 11/22/1945 | 2/9/2001 | 04/14/1965 | 35.8493 | 18.93 | $40,717.65 |
| MCCOMB JR | ALLEN | 11/27/1945 | 2/9/2001 | 04/04/1966 | 34.8767 | 21.92 | $45,869.85 |
| GEEDING | FLOYD | 1/30/1946 | 2/9/2001 | 10/26/1970 | 30.3123 | 21.26 | $38,666.41 |
| Average | Age 55-60 | | | | 32.3380 | | $37,858.43 |
| OGLESBY | GARY | 2/26/1946 | 2/9/2001 | 06/09/1975 | 25.6904 | 14.76 | $22,751.43 |
| TURNER | MAY | 3/10/1946 | 2/9/2001 | 04/03/1971 | 29.8767 | 19.18 | $34,382.12 |
| HARPER | EDDIE | 4/15/1946 | 2/9/2001 | 02/12/1968 | 33.0164 | 21.62 | $42,828.92 |
| COFFMAN | STANLEY | 5/9/1946 | 2/9/2001 | 01/03/1968 | 33.1260 | 20.80 | $41,341.28 |
| TURNER | GILMORE | 5/20/1946 | 2/9/2001 | 07/08/1968 | 32.6137 | 20.81 | $40,721.46 |
| HOBSON | JOE | 5/27/1946 | 2/9/2001 | 12/27/1967 | 33.1452 | 20.97 | $41,703.30 |
| HUNT | JOHN | 7/6/1946 | 2/9/2001 | 12/27/1967 | 33.1452 | 18.43 | $36,651.97 |
| ROBERTS | JOHN | 7/19/1946 | 2/9/2001 | 09/25/1968 | 32.3973 | 23.75 | $46,166.10 |
| PROFFITT | WILLIAM | 9/26/1946 | 2/9/2001 | 03/07/1968 | 32.9507 | 18.30 | $36,179.85 |
| GAULT | LARRY | 10/1/1946 | 2/9/2001 | 02/28/1966 | 34.9726 | 16.18 | $33,951.40 |
| SHELLEY | IRVIN | 10/15/1946 | 2/9/2001 | 04/13/1966 | 34.8521 | 23.75 | $49,664.18 |
| ABNER | ROSCOE | 11/2/1946 | 2/9/2001 | 11/07/1970 | 30.2795 | 21.92 | $39,823.54 |
| PARRETT | ROGER | 11/3/1946 | 2/9/2001 | 07/24/1967 | 33.5726 | 22.81 | $45,947.46 |
| BURKE | MILLARD | 11/18/1946 | 2/9/2001 | 05/19/1972 | 28.7479 | 19.67 | $33,928.32 |
| FOSTER JR | TAYLOR | 11/26/1946 | 2/9/2001 | 09/22/1970 | 30.4055 | 18.39 | $33,549.41 |
| NANTZ | PAUL | 12/8/1946 | 2/9/2001 | 05/03/1965 | 35.7973 | 20.80 | $44,674.98 |
| LOMAN | GEORGE | 12/15/1946 | 2/9/2001 | 03/19/1969 | 31.9178 | 16.01 | $30,660.25 |
| BROERING | JACK | 12/18/1946 | 2/9/2001 | 11/03/1969 | 31.2904 | 23.07 | $43,312.19 |
| THEISS | THOMAS | 12/22/1946 | 2/9/2001 | 03/30/1981 | 19.8795 | 19.18 | $22,877.27 |
| MELLOTT | CORDELL | 12/26/1946 | 2/9/2001 | 04/17/1968 | 32.8384 | 20.81 | $41,001.97 |
| TRUMAN | LARRY | 12/27/1946 | 2/9/2001 | 09/20/1969 | 31.4110 | 21.92 | $41,311.69 |
| YOUNG | CHARLES | 12/28/1946 | 2/9/2001 | 05/04/1965 | 35.7945 | 15.78 | $33,890.25 |
| BERTSCH | GORDON | 1/27/1947 | 2/9/2001 | 03/30/1968 | 32.8877 | 20.80 | $41,043.81 |
| SHACKLEFORD | ERNEST | 1/29/1947 | 2/9/2001 | 09/06/1967 | 33.4521 | 15.78 | $31,672.41 |
| SMITH | ROGER | 2/6/1947 | 2/9/2001 | 09/24/1968 | 32.4000 | 18.39 | $35,750.16 |
| METCALF | WESLEY | 3/3/1947 | 2/9/2001 | 09/05/1968 | 32.4521 | 20.81 | $40,519.64 |
| ALLEN | LEONARD | 3/12/1947 | 2/9/2001 | 09/06/1968 | 32.4493 | 20.80 | $40,496.75 |
| REASCH | RICHARD | 4/19/1947 | 2/9/2001 | 02/21/1966 | 34.9918 | 22.40 | $47,028.95 |
| TATUM | GEORGE | 5/18/1947 | 2/9/2001 | 01/21/1969 | 32.0740 | 18.39 | $35,390.42 |
| SPAHNI | JAMES | 6/13/1947 | 2/9/2001 | 02/06/1967 | 34.0329 | 19.80 | $40,431.06 |
| CHEEK | TERRY | 8/7/1947 | 2/9/2001 | 07/02/1975 | 25.6274 | 14.76 | $22,695.62 |
| ROBERTS | JOHNNY | 8/21/1947 | 2/9/2001 | 03/30/1981 | 19.8795 | 19.88 | $23,712.21 |
| VIEBROOKS | RUSSELL | 9/16/1947 | 2/9/2001 | 09/08/1975 | 25.4411 | 22.81 | $34,818.68 |
| CLARK | PATRICIA | 9/17/1947 | 2/9/2001 | 08/20/1969 | 31.4959 | 19.34 | $36,547.83 |
| MILLER JR | HARGIS | 9/18/1947 | 2/9/2001 | 10/14/1968 | 32.3452 | 19.67 | $38,173.81 |
| WHITT | LARRY | 10/4/1947 | 2/9/2001 | 03/12/1967 | 33.9397 | 23.30 | $47,447.74 |

3

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| GENTILE | JOHN | 10/13/1947 | 2/9/2001 | 05/19/1969 | 31.7507 | 14.76 | $28,118.41 |
| NAPIER | HUBERT | 10/22/1947 | 2/9/2001 | 06/28/1967 | 33.6438 | 22.81 | $46,044.95 |
| GABBARD | MELVENA | 11/24/1947 | 2/9/2001 | 08/09/1982 | 18.5178 | 20.17 | $22,410.25 |
| MCQUEEN | JERRY | 1/3/1948 | 4/18/2001 | 07/30/1968 | 32.7397 | 20.40 | $40,073.42 |
| CAUDILL III | CHARLES | 1/9/1948 | 2/9/2001 | 07/12/1967 | 33.6055 | 17.11 | $34,499.39 |
| JONES | JERRY | 1/18/1948 | 2/9/2001 | 05/13/1968 | 32.7671 | 20.80 | $40,893.37 |
| BOWLING | DAVID | 1/24/1948 | 2/9/2001 | 03/17/1980 | 20.9151 | 17.63 | $22,123.96 |
| WHEELER | DAVID | 4/5/1948 | 2/9/2001 | 05/27/1968 | 32.7288 | 20.80 | $40,845.50 |
| CUPP | LARRY | 4/14/1948 | 2/9/2001 | 04/15/1968 | 32.8438 | 22.81 | $44,950.07 |
| FELTS | DENNIS | 4/19/1948 | 2/9/2001 | 06/28/1967 | 33.6438 | 18.93 | $38,212.67 |
| MERCER | IRWIN | 4/21/1948 | 2/9/2001 | 03/05/1969 | 31.9562 | 17.11 | $32,806.20 |
| HITT | CHARLES | 5/7/1948 | 2/9/2001 | 04/03/1967 | 33.8795 | 22.81 | $46,367.42 |
| WILLIAMSON JR | ELLSWORTH | 5/14/1948 | 2/9/2001 | 06/01/1970 | 30.7151 | 14.76 | $27,201.26 |
| COPE | WILBUR | 5/16/1948 | 2/9/2001 | 03/11/1981 | 19.9315 | 18.05 | $21,585.82 |
| SWEENEY | WILLIAM | 6/1/1948 | 2/9/2001 | 01/22/1970 | 31.0712 | 19.22 | $35,831.35 |
| BRADFORD JR | LOUIS | 6/5/1948 | 2/9/2001 | 08/10/1967 | 33.5260 | 20.80 | $41,840.48 |
| JONES | GLADYS | 7/9/1948 | 2/9/2001 | 05/12/1980 | 20.7616 | 14.76 | $18,386.51 |
| SOUTHARD | LARRY | 7/25/1948 | 2/9/2001 | 01/16/1968 | 33.0904 | 20.40 | $40,502.66 |
| HUELSMAN | JOHN | 7/26/1948 | 2/9/2001 | 07/07/1969 | 31.6164 | 17.11 | $32,457.44 |
| CASTATOR | DALE | 7/29/1948 | 2/9/2001 | 05/03/1967 | 33.7973 | 20.80 | $42,178.98 |
| CHUPKA | SUSAN | 8/13/1948 | 2/9/2001 | 04/12/1982 | 18.8438 | 14.76 | $16,688.10 |
| BROWNING | RONALD | 8/16/1948 | 2/9/2001 | 08/12/1968 | 32.5178 | 20.40 | $39,801.80 |
| PONDER JR | ROBERT | 9/10/1948 | 2/9/2001 | 06/05/1972 | 28.7014 | 20.40 | $35,130.48 |
| COLBORN | PAUL | 11/2/1948 | 2/9/2001 | 05/08/1967 | 33.7836 | 20.80 | $42,161.88 |
| MCGUIRE | DIANA | 11/2/1948 | 2/9/2001 | 10/13/1975 | 25.3452 | 14.76 | $22,445.71 |
| RICE | JOHN | 11/2/1948 | 2/9/2001 | 06/02/1970 | 30.7123 | 18.43 | $33,961.69 |
| CROUCHER | LLOYD | 11/4/1948 | 2/9/2001 | 09/25/1967 | 33.4000 | 20.97 | $42,023.88 |
| JEFFRIES III | GORDON | 11/6/1948 | 2/9/2001 | 12/27/1967 | 33.1452 | 20.80 | $41,365.22 |
| SUMAN | ALLEN | 12/28/1948 | 2/9/2001 | 03/27/1967 | 33.8986 | 17.11 | $34,800.33 |
| BEEMAN | JAMES | 12/31/1948 | 2/9/2001 | 03/26/1970 | 30.8986 | 18.14 | $33,630.07 |
| STANIFER | BERLYN | 1/11/1949 | 2/9/2001 | 07/01/1968 | 32.6329 | 22.86 | $44,759.25 |
| LEONHARDT | JERRY | 1/15/1949 | 2/9/2001 | 06/26/1967 | 33.6493 | 20.40 | $41,186.76 |
| SUTTON | FRED | 2/7/1949 | 2/9/2001 | 03/03/1969 | 31.9616 | 18.14 | $34,787.05 |
| CATHERS | A. | 2/14/1949 | 2/9/2001 | 01/23/1968 | 33.0712 | 20.80 | $41,272.90 |
| TATUM | JIMMY | 2/26/1949 | 2/9/2001 | 04/15/1970 | 30.8438 | 17.54 | $32,460.05 |
| SHAUCK | DAVID | 3/5/1949 | 2/9/2001 | 11/15/1967 | 33.2603 | 23.35 | $46,597.64 |
| MCQUEEN | GARY | 4/16/1949 | 2/9/2001 | 06/06/1969 | 31.7014 | 22.81 | $43,386.49 |
| TAYLOR | JIMMY | 4/23/1949 | 2/9/2001 | 07/11/1967 | 33.6082 | 20.80 | $41,943.06 |
| LEE | DENNIS | 4/29/1949 | 2/9/2001 | 11/15/1969 | 31.2575 | 16.58 | $31,095.00 |
| MILLER | LOUIS | 5/11/1949 | 2/9/2001 | 03/01/1999 | 1.9479 | 22.81 | $2,665.96 |
| OSTERBERGER | WILLIAM | 5/12/1949 | 2/9/2001 | 09/03/1969 | 31.4575 | 21.02 | $39,674.24 |
| BAKER | MICHAEL | 6/20/1949 | 2/9/2001 | 11/13/1968 | 32.2630 | 17.80 | $34,456.90 |
| HARRIS | LONNIE | 6/24/1949 | 2/9/2001 | 09/25/1967 | 33.4000 | 20.80 | $41,683.20 |
| HART | MICHAEL | 7/1/1949 | 2/9/2001 | 07/14/1975 | 25.5945 | 19.18 | $29,454.17 |
| FLICK | JERRY | 9/7/1949 | 2/9/2001 | 03/19/1968 | 32.9178 | 19.67 | $38,849.60 |
| STUMPF | DOUGLAS | 9/24/1949 | 2/9/2001 | 04/24/1968 | 32.8192 | 22.81 | $44,916.33 |

4

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| GODBY | DAVID | 9/26/1949 | 2/9/2001 | 09/21/1967 | 33.4110 | 17.12 | $34,319.74 |
| MARTIN | C | 10/4/1949 | 2/9/2001 | 06/07/1972 | 28.6959 | 21.62 | $37,224.31 |
| CECERE JR | PETER | 11/27/1949 | 2/9/2001 | 03/02/1970 | 30.9644 | 23.83 | $44,272.88 |
| ROSENBERGER | STEPHEN | 12/3/1949 | 2/9/2001 | 11/30/1998 | 2.1973 | 14.76 | $1,945.89 |
| HOUSTON | PAUL | 12/14/1949 | 2/9/2001 | 03/13/1969 | 31.9342 | 23.83 | $45,659.59 |
| ROBERTS | CURTIS | 2/1/1950 | 2/9/2001 | 05/03/1982 | 18.7863 | 14.76 | $16,637.15 |
| CHITWOOD | CONEY | 2/11/1950 | 2/9/2001 | 09/30/1969 | 31.3836 | 19.42 | $36,568.13 |
| MORNINGSTAR | MICHAEL | 2/17/1950 | 2/9/2001 | 03/13/1968 | 32.9342 | 20.80 | $41,101.94 |
| BAKER | JIMMY | 2/18/1950 | 2/9/2001 | 10/07/1969 | 31.3644 | 20.80 | $39,142.75 |
| REECE | PATRICK | 2/19/1950 | 2/9/2001 | 01/05/1970 | 31.1178 | 23.83 | $44,492.24 |
| HALCOMB | BRIAN | 3/19/1950 | 2/9/2001 | 10/14/1968 | 32.3452 | 19.86 | $38,542.55 |
| FROST | JAMES | 3/20/1950 | 2/9/2001 | 05/17/1973 | 27.7534 | 18.39 | $30,623.13 |
| THOMAS | ARTHUR | 5/20/1950 | 2/9/2001 | 09/15/1969 | 31.4247 | 18.41 | $34,711.68 |
| SIMMONS JR | ARTHUR | 5/27/1950 | 2/9/2001 | 10/08/1979 | 21.3562 | 14.76 | $18,913.02 |
| THOMAS | DEWAYNE | 5/27/1950 | 2/9/2001 | 05/08/1973 | 27.7781 | 20.64 | $34,400.38 |
| TIBBETTS | MARSHA | 6/11/1950 | 2/9/2001 | 04/24/1973 | 27.8164 | 18.93 | $31,593.91 |
| OBRIEN | DANIEL | 7/18/1950 | 2/9/2001 | 05/16/1973 | 27.7562 | 18.39 | $30,626.15 |
| SCHRADIN | JOHN | 7/25/1950 | 2/9/2001 | 05/20/1969 | 31.7479 | 20.80 | $39,621.44 |
| RUMPLER | WILLIAM | 8/17/1950 | 2/9/2001 | 12/10/1973 | 27.1863 | 19.18 | $31,286.00 |
| DEATON | BILLY | 8/28/1950 | 2/9/2001 | 05/10/1974 | 26.7726 | 14.76 | $23,709.82 |
| WOODS | EDDIE | 10/10/1950 | 2/9/2001 | 04/03/1969 | 31.8767 | 20.81 | $39,801.26 |
| SCHOELLHAMER | JOHN | 10/15/1950 | 2/9/2001 | 05/22/1972 | 28.7397 | 21.62 | $37,281.17 |
| HORN | ROGER | 11/8/1950 | 2/9/2001 | 07/01/1970 | 30.6329 | 19.67 | $36,152.92 |
| ERVIN | GARY | 11/22/1950 | 2/9/2001 | 08/04/1972 | 28.5370 | 21.62 | $37,018.18 |
| STAPLES JR | SIDNEY | 12/2/1950 | 2/9/2001 | 03/09/1998 | 2.9260 | 18.43 | $3,235.60 |
| BUTLER | STEPHEN | 12/7/1950 | 2/9/2001 | 04/19/1971 | 29.8329 | 20.80 | $37,231.43 |
| HOWELL | ROY | 12/7/1950 | 2/9/2001 | 09/21/1969 | 31.4082 | 20.80 | $39,197.46 |
| GRIMES | CHARLES | 12/13/1950 | 2/9/2001 | 12/20/1972 | 28.1589 | 18.79 | $31,746.35 |
| MULLINS | PASCHAL | 12/24/1950 | 2/9/2001 | 10/18/1969 | 31.3342 | 22.81 | $42,884.05 |
| COX | GARY | 12/25/1950 | 2/9/2001 | 07/01/1970 | 30.6329 | 17.99 | $33,065.13 |
| JONES | DANNY | 12/25/1950 | 2/9/2001 | 06/03/1971 | 29.7096 | 16.67 | $29,715.53 |
| MILLER | ROBERT | 1/8/1951 | 2/9/2001 | 12/26/1973 | 27.1425 | 19.78 | $32,212.68 |
| BRUNNER | DANIEL | 1/11/1951 | 2/9/2001 | 02/28/1973 | 27.9671 | 18.79 | $31,530.13 |
| SHEARER | DALE | 1/17/1951 | 2/9/2001 | 03/03/1970 | 30.9616 | 20.80 | $38,640.13 |
| RUPPERT | DONALD | 1/24/1951 | 2/9/2001 | 09/16/1969 | 31.4219 | 16.18 | $30,504.40 |
| LATIMER JR | CLARK | 2/1/1951 | 2/9/2001 | 08/19/1969 | 31.4986 | 23.75 | $44,885.55 |
| WINKLER | ROGER | 2/2/1951 | 2/9/2001 | 09/03/1969 | 31.4575 | 24.63 | $46,487.94 |
| WATSON | JERRY | 2/3/1951 | 2/9/2001 | 07/23/1973 | 27.5699 | 17.80 | $29,444.61 |
| Average | Age 50-55 | | | | 29.8738 | | $35,483.36 |
| ROBERTS | EDWARD | 2/13/1951 | 2/9/2001 | 11/27/1972 | 28.2219 | 14.14 | $23,943.48 |
| JEFFRIES | MICHAEL | 2/16/1951 | 2/9/2001 | 06/05/1974 | 26.7014 | 16.56 | $26,530.48 |
| CROOK | JAMES | 3/10/1951 | 2/9/2001 | 12/10/1973 | 27.1863 | 21.33 | $34,793.03 |
| GLAAB | DAVID | 3/30/1951 | 2/9/2001 | 05/22/1972 | 28.7397 | 21.62 | $37,281.17 |
| FELTNER | ROY | 3/31/1951 | 2/9/2001 | 07/01/1970 | 30.6329 | 14.76 | $27,128.48 |

5

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| PIGG | JOHN | 4/9/1951 | 2/9/2001 | 05/13/1970 | 30.7671 | 17.99 | $33,210.03 |
| ROBINSON | LYLE | 4/14/1951 | 2/9/2001 | 10/13/1969 | 31.3479 | 17.11 | $32,181.80 |
| ESTRIDGE | GLEN | 4/15/1951 | 2/9/2001 | 07/14/1970 | 30.5973 | 20.80 | $38,185.38 |
| CORNETTE | GARY | 5/1/1951 | 2/9/2001 | 07/08/2002 | -1.4082 | 20.40 | -$1,723.66 |
| HOFFMAN | MARVIN | 5/3/1951 | 2/9/2001 | 10/01/1969 | 31.3808 | 20.80 | $39,163.27 |
| COMBS | LARRY | 6/5/1951 | 2/9/2001 | 09/17/1969 | 31.4192 | 20.80 | $39,211.13 |
| HACKER | DANIEL | 7/4/1951 | 2/9/2001 | 01/18/1981 | 20.0740 | 21.02 | $25,317.29 |
| HODGE | HAROLD | 7/23/1951 | 2/9/2001 | 09/19/1970 | 30.4137 | 20.80 | $37,956.30 |
| BUCHANAN | RONALD | 8/5/1951 | 2/9/2001 | 05/22/1972 | 28.7397 | 21.62 | $37,281.17 |
| SINGLETON | RONNIE | 8/18/1951 | 2/9/2001 | 05/04/1983 | 17.7836 | 14.76 | $15,749.12 |
| COX | LARRY | 8/25/1951 | 2/9/2001 | 01/22/1973 | 28.0685 | 18.79 | $31,644.42 |
| GREENE | SONJA | 8/28/1951 | 2/9/2001 | 05/02/1983 | 17.7890 | 17.89 | $19,094.76 |
| GREGG | STANLEY | 9/6/1951 | 2/9/2001 | 01/25/1980 | 21.0575 | 20.64 | $26,077.65 |
| SAUTER | STEPHEN | 9/26/1951 | 2/9/2001 | 01/27/1970 | 31.0575 | 14.76 | $27,504.55 |
| HESS | RICHARD | 9/28/1951 | 2/9/2001 | 03/21/1973 | 27.9096 | 14.76 | $24,716.73 |
| BRIDGE | DONALD | 10/4/1951 | 2/9/2001 | 06/09/1971 | 29.6932 | 17.80 | $31,712.28 |
| BRIDGE | RON | 10/4/1951 | 2/9/2001 | 06/14/1971 | 29.6795 | 17.80 | $31,697.65 |
| HOLLAND | ROBERT | 10/23/1951 | 2/9/2001 | 06/02/1970 | 30.7123 | 19.18 | $35,343.75 |
| ASHER | TED | 11/4/1951 | 2/9/2001 | 03/16/1981 | 19.9178 | 19.39 | $23,172.38 |
| NULL | MICHAEL | 11/16/1951 | 2/9/2001 | 06/02/1970 | 30.7123 | 18.97 | $34,956.77 |
| GADD | STEPHEN | 1/24/1952 | 2/9/2001 | 06/01/1970 | 30.7151 | 23.83 | $43,916.40 |
| STIDHAM | JAMES | 2/3/1952 | 2/9/2001 | 05/05/1982 | 18.7808 | 17.23 | $19,415.61 |
| WATERSON | MELVIN | 3/6/1952 | 2/9/2001 | 04/05/1971 | 29.8712 | 20.80 | $37,279.30 |
| THOMIN | JOHN | 4/24/1952 | 2/9/2001 | 06/28/1971 | 29.6411 | 16.67 | $29,647.02 |
| HENSLEY | GARY | 6/4/1952 | 2/9/2001 | 07/15/1970 | 30.5945 | 19.42 | $35,648.74 |
| POTTS | MICHAEL | 6/19/1952 | 2/9/2001 | 04/19/1973 | 27.8301 | 14.76 | $24,646.37 |
| BROOKS | BRENDA | 7/7/1952 | 2/9/2001 | 10/13/1975 | 25.3452 | 16.67 | $25,350.27 |
| RICHARDSON | ALVIN | 7/14/1952 | 2/9/2001 | 10/17/1973 | 27.3342 | 20.22 | $33,161.91 |
| BAKER | DAVID | 8/2/1952 | 2/9/2001 | 12/20/1972 | 28.1589 | 20.40 | $34,466.50 |
| LEE | GLENN | 8/28/1952 | 2/9/2001 | 10/08/1973 | 27.3589 | 18.39 | $30,187.81 |
| HOLLAND | CARL | 8/30/1952 | 2/9/2001 | 09/25/1970 | 30.3973 | 19.67 | $35,874.85 |
| HUESING | JOHN | 9/15/1952 | 2/9/2001 | 06/07/1971 | 29.6986 | 20.80 | $37,063.89 |
| STEWART | JOHN | 9/15/1952 | 2/9/2001 | 04/02/1973 | 27.8767 | 20.64 | $34,522.52 |
| BOWLING JR | PALMER | 9/16/1952 | 2/9/2001 | 01/30/1973 | 28.0466 | 18.32 | $30,828.80 |
| SHIFFLETT | DARRELL | 9/18/1952 | 2/9/2001 | 04/01/1971 | 29.8822 | 19.67 | $35,266.96 |
| BROCKMAN | DEWARREN | 10/13/1952 | 2/9/2001 | 08/29/1973 | 27.4685 | 18.05 | $29,748.38 |
| SMITH | RALPH | 1/8/1953 | 2/9/2001 | 07/20/1970 | 30.5808 | 20.24 | $37,137.35 |
| MARCUM | LARRY | 1/14/1953 | 2/9/2001 | 08/25/1975 | 25.4795 | 20.40 | $31,186.85 |
| HUESING | RITA | 1/15/1953 | 2/9/2001 | 04/29/1981 | 19.7973 | 19.34 | $22,972.74 |
| GREEN | DAVID | 2/28/1953 | 2/9/2001 | 09/10/1973 | 27.4356 | 17.54 | $28,873.24 |
| CARPENTER | MICHAEL | 4/23/1953 | 2/9/2001 | 06/08/1983 | 17.6877 | 21.26 | $22,562.39 |
| KOELBLIN | RANDY | 5/31/1953 | 2/9/2001 | 12/11/1972 | 28.1836 | 19.18 | $32,433.64 |
| WEBB | KENNETH | 7/18/1953 | 2/9/2001 | 11/14/1973 | 27.2575 | 19.86 | $32,480.08 |
| CHANEY | STEVEN | 7/20/1953 | 2/9/2001 | 11/26/1973 | 27.2247 | 19.86 | $32,440.90 |
| RILEY | FRANK | 8/30/1953 | 2/9/2001 | 05/02/1983 | 17.7890 | 14.76 | $15,753.97 |
| CAIN JR | RICHARD | 9/6/1953 | 2/9/2001 | 06/26/1972 | 28.6438 | 21.02 | $36,125.61 |

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| WIGGINS | STEVE | 9/26/1953 | 2/9/2001 | 08/14/1972 | 28.5096 | 21.62 | $36,982.64 |
| PRICE | STEVE | 9/29/1953 | 2/9/2001 | 11/05/1973 | 27.2822 | 18.05 | $29,546.61 |
| BOWLING | WALTER | 10/11/1953 | 2/9/2001 | 03/03/1974 | 26.9589 | 14.76 | $23,874.81 |
| COLLINS | RANDALL | 10/15/1953 | 2/9/2001 | 08/07/1973 | 27.5288 | 20.40 | $33,695.21 |
| GLANCY | WILLIAM | 11/7/1953 | 2/9/2001 | 08/18/1975 | 25.4986 | 14.76 | $22,581.59 |
| WEISBROD | EUGENE | 12/2/1953 | 2/9/2001 | 08/09/1972 | 28.5233 | 16.43 | $28,118.26 |
| LANEY | REBECCA | 12/15/1953 | 2/9/2001 | 07/10/1973 | 27.6055 | 18.05 | $29,896.73 |
| WALTNER | DAVID | 12/22/1953 | 2/9/2001 | 07/24/1972 | 28.5671 | 20.40 | $34,966.16 |
| BAKER | EDWARD | 12/24/1953 | 2/9/2001 | 02/25/1974 | 26.9753 | 20.17 | $32,645.56 |
| WEISBROD | BERNEDA | 1/3/1954 | 2/9/2001 | 06/02/1975 | 25.7096 | 16.67 | $25,714.73 |
| REID | NORMAN | 1/5/1954 | 2/9/2001 | 01/22/1973 | 28.0685 | 21.26 | $35,804.17 |
| NAPIER | GEORGE | 1/18/1954 | 2/9/2001 | 07/25/1973 | 27.5644 | 15.78 | $26,097.96 |
| GLANCY | GARY | 1/22/1954 | 2/9/2001 | 10/09/1973 | 27.3562 | 15.78 | $25,900.82 |
| IRWIN | DAVID | 2/2/1954 | 2/9/2001 | 03/29/1973 | 27.8877 | 19.18 | $32,093.13 |
| BROWN | NORMAN | 2/14/1954 | 2/9/2001 | 12/10/1973 | 27.1863 | 20.40 | $33,276.03 |
| HUBBARD | GREEN | 2/23/1954 | 2/9/2001 | 08/28/1973 | 27.4712 | 19.28 | $31,778.72 |
| JOHNSON | MARVIN | 2/25/1954 | 2/9/2001 | 03/19/1973 | 27.9151 | 19.18 | $32,124.66 |
| LANEY | GREGORY | 3/6/1954 | 2/9/2001 | 11/29/1972 | 28.2164 | 19.18 | $32,471.48 |
| REEB | DENNIS | 3/10/1954 | 2/9/2001 | 10/05/1973 | 27.3671 | 18.78 | $30,837.27 |
| PATER | LARRY | 3/19/1954 | 2/9/2001 | 08/24/1998 | 2.4658 | 17.63 | $2,608.27 |
| LAWSON | DAVID | 4/24/1954 | 2/9/2001 | 02/05/1999 | 2.0137 | 14.14 | $1,708.42 |
| BROOKS III | ERNEST | 4/26/1954 | 2/9/2001 | 06/09/1975 | 25.6904 | 19.18 | $29,564.52 |
| BUCHANAN | GARY | 5/5/1954 | 2/9/2001 | 08/17/1972 | 28.5014 | 20.80 | $35,569.71 |
| SHANKLIN | RONNIE | 5/11/1954 | 2/9/2001 | 03/28/1973 | 27.8904 | 19.67 | $32,916.26 |
| SUTTON | KATHLEEN | 5/17/1954 | 2/9/2001 | 12/31/1973 | 27.1288 | 17.11 | $27,850.39 |
| DEAN | RONALD | 5/19/1954 | 2/9/2001 | 08/14/1972 | 28.5096 | 23.35 | $39,941.93 |
| CALIHAN | DAVID | 5/24/1954 | 2/9/2001 | 04/17/1973 | 27.8356 | 20.81 | $34,755.55 |
| HAMBLIN | IKE | 5/26/1954 | 2/9/2001 | 05/10/1982 | 18.7671 | 20.46 | $23,038.52 |
| BRAY | TIMOTHY | 6/5/1954 | 2/9/2001 | 12/07/1972 | 28.1945 | 13.27 | $22,448.48 |
| BAKER | RONALD | 6/13/1954 | 2/9/2001 | 07/04/1975 | 25.6219 | 19.67 | $30,238.99 |
| PRICE | KERRI | 7/9/1954 | 2/9/2001 | 06/11/1974 | 26.6849 | 16.56 | $26,514.15 |
| HINKLE | MARK | 7/17/1954 | 2/9/2001 | 12/11/1972 | 28.1836 | 20.80 | $35,173.08 |
| HUFFMAN | DONALD | 7/23/1954 | 2/9/2001 | 04/18/1983 | 17.8274 | 19.78 | $21,157.56 |
| KITTNER | JEFFREY | 8/11/1954 | 2/9/2001 | 05/09/1973 | 27.7753 | 19.18 | $31,963.86 |
| WILLIAMS | DALE | 8/11/1954 | 2/9/2001 | 09/10/1973 | 27.4356 | 16.58 | $27,292.95 |
| ROGERS | PEGGY | 8/12/1954 | 2/9/2001 | 08/18/1975 | 25.4986 | 19.07 | $29,175.53 |
| JONES | STEPHEN | 8/27/1954 | 2/9/2001 | 06/30/1975 | 25.6329 | 18.78 | $28,883.13 |
| ROBINSON | LESTER | 8/27/1954 | 2/9/2001 | 02/05/1999 | 2.0137 | 18.95 | $2,289.58 |
| TAYLOR | KYLE | 9/11/1954 | 2/9/2001 | 07/10/1972 | 28.6055 | 17.11 | $29,366.39 |
| LENTZ | DALE | 10/5/1954 | 2/9/2001 | 08/24/1998 | 2.4658 | 14.76 | $2,183.67 |
| FOLLICK | ROBERT | 11/8/1954 | 2/9/2001 | 08/08/1973 | 27.5260 | 18.62 | $30,752.08 |
| TROUTMAN | HOWARD | 11/27/1954 | 2/9/2001 | 03/23/1981 | 19.8986 | 21.02 | $25,096.15 |
| WHITEHILL | RICHARD | 11/28/1954 | 2/9/2001 | 04/16/1973 | 27.8384 | 19.18 | $32,036.38 |
| MOORE | BRUCE | 12/8/1954 | 2/9/2001 | 04/23/1973 | 27.8192 | 20.80 | $34,718.33 |
| SMITH JR | DAVID | 12/18/1954 | 2/9/2001 | 03/02/1981 | 19.9562 | 20.40 | $24,426.35 |
| FULLEN | MARC | 12/22/1954 | 2/9/2001 | 06/15/1973 | 27.6740 | 20.24 | $33,607.27 |

7

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| ALLEN | JERRY | 1/18/1955 | 2/9/2001 | 06/11/1975 | 25.6849 | 22.86 | $35,229.45 |
| GLANCY | FRANK | 1/31/1955 | 2/9/2001 | 04/01/1974 | 26.8795 | 19.67 | $31,723.13 |
| RUBY | TERRY | 2/1/1955 | 2/9/2001 | 05/27/1975 | 25.7260 | 14.76 | $22,782.97 |
| ROY | JAMIE | 2/15/1955 | 2/9/2001 | 05/28/1975 | 25.7233 | 23.07 | $35,606.17 |
| RICHARDSON | DARRELL | 2/23/1955 | 2/9/2001 | 11/28/1973 | 27.2192 | 17.80 | $29,070.08 |
| CHESNUT | ROBERT | 4/7/1955 | 2/9/2001 | 06/16/1973 | 27.6712 | 19.86 | $32,973.04 |
| FATH | JOHN | 5/7/1955 | 2/9/2001 | 10/15/1975 | 25.3397 | 19.96 | $30,346.86 |
| CHITWOOD | DAVID | 5/22/1955 | 2/9/2001 | 06/02/1975 | 25.7096 | 19.96 | $30,789.80 |
| HENSON | SHERRY | 5/24/1955 | 2/9/2001 | 06/11/1975 | 25.6849 | 18.94 | $29,188.36 |
| LAKES | KENNETH | 5/31/1955 | 2/9/2001 | 07/25/1973 | 27.5644 | 17.54 | $29,008.76 |
| GARNETT | CHARLES | 6/9/1955 | 2/9/2001 | 08/04/1975 | 25.5370 | 21.22 | $32,513.69 |
| GADD | FERN | 6/17/1955 | 2/9/2001 | 02/18/1974 | 26.9945 | 21.26 | $34,434.21 |
| CONLIN | RONALD | 8/22/1955 | 2/9/2001 | 03/25/1974 | 26.8986 | 20.46 | $33,020.76 |
| HAPNER | GUY | 8/28/1955 | 2/9/2001 | 08/07/1973 | 27.5288 | 17.11 | $28,261.03 |
| NICHTING | RONALD | 9/3/1955 | 2/9/2001 | 05/22/1974 | 26.7397 | 17.11 | $27,451.00 |
| HALL | CHARLES | 9/8/1955 | 2/9/2001 | 08/09/1973 | 27.5233 | 18.04 | $29,791.21 |
| SUTTON | SHARON | 10/19/1955 | 2/9/2001 | 12/31/1973 | 27.1288 | 14.76 | $24,025.24 |
| OLIVER | MICHAEL | 11/19/1955 | 2/9/2001 | 10/27/1975 | 25.3068 | 17.80 | $27,027.72 |
| ABNER | TIMOTHY | 12/21/1955 | 2/9/2001 | 07/03/1975 | 25.6247 | 16.56 | $25,460.66 |
| SAUTER | BARBARA | 1/21/1956 | 2/9/2001 | 03/23/1981 | 19.8986 | 17.54 | $20,941.32 |
| STANTON | THOMAS | 2/2/1956 | 2/9/2001 | 09/08/1975 | 25.4411 | 17.11 | $26,117.83 |
| Average | Age 45-50 | | | | 25.7097 | | $29,072.62 |
| KINCH | DALE | 2/28/1956 | 2/9/2001 | 11/30/1998 | 2.1973 | 18.30 | $2,412.59 |
| BROWN | JANICE | 6/9/1956 | 2/9/2001 | 03/17/1980 | 20.9151 | 17.11 | $21,471.41 |
| BAILEY | KENNETH | 7/7/1956 | 2/9/2001 | 05/21/1979 | 21.7397 | 20.46 | $26,687.69 |
| BOWLING | JIM | 7/7/1956 | 2/9/2001 | 06/02/1975 | 25.7096 | 18.43 | $28,429.66 |
| BALDWIN | RICK | 7/10/1956 | 2/9/2001 | 06/02/1975 | 25.7096 | 19.96 | $30,789.80 |
| HURST | DAVID | 8/6/1956 | 2/9/2001 | 08/25/1975 | 25.4795 | 23.75 | $36,308.22 |
| LOOMIS | VAUGHN | 8/20/1956 | 2/9/2001 | 05/03/1998 | 2.7753 | 17.83 | $2,969.06 |
| LUCKEN | GEOFFREY | 8/21/1956 | 2/9/2001 | 09/22/1975 | 25.4027 | 20.46 | $31,184.40 |
| BURNS | GRANVILLE | 8/28/1956 | 2/9/2001 | 06/16/1975 | 25.6712 | 16.38 | $25,229.69 |
| PROCTOR SR | ALBERT | 9/22/1956 | 2/9/2001 | 02/05/1999 | 2.0137 | 14.76 | $1,783.33 |
| LUCAS | STEVEN | 10/27/1956 | 2/9/2001 | 06/30/1975 | 25.6329 | 23.07 | $35,481.03 |
| COMBS | RONALD | 12/4/1956 | 2/9/2001 | 05/15/1979 | 21.7562 | 20.40 | $26,629.55 |
| THURMOND JR | ALLEN | 1/25/1957 | 2/9/2001 | 03/02/1981 | 19.9562 | 20.64 | $24,713.71 |
| SPENNY | MIKE | 1/30/1957 | 2/9/2001 | 05/17/1979 | 21.7507 | 19.96 | $26,048.62 |
| BLANTON | JEFFREY | 3/3/1957 | 2/9/2001 | 03/12/1980 | 20.9288 | 18.93 | $23,770.89 |
| PERRY | RUSSELL | 4/11/1957 | 2/9/2001 | 04/06/1998 | 2.8493 | 19.07 | $3,260.19 |
| BEARE | JERRY | 5/25/1957 | 2/9/2001 | 04/21/1980 | 20.8192 | 14.76 | $18,437.46 |
| MCCLAIN | JEFFREY | 6/20/1957 | 2/9/2001 | 04/05/1982 | 18.8630 | 20.46 | $23,156.24 |
| STEELE | JOHN | 7/7/1957 | 2/9/2001 | 02/09/1981 | 20.0137 | 20.22 | $24,280.62 |
| BLOWER | LAWRENCE | 7/13/1957 | 2/9/2001 | 04/05/1983 | 17.8630 | 19.46 | $20,856.85 |
| JONES | JEFFREY | 7/14/1957 | 2/9/2001 | 09/24/1975 | 25.3973 | 17.54 | $26,728.08 |
| HAKE | DAVONA | 7/20/1957 | 2/9/2001 | 06/09/1975 | 25.6904 | 16.67 | $25,695.55 |

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| DEMAREE | DOUGLAS | 9/10/1957 | 2/9/2001 | 11/30/1998 | 2.1973 | 17.83 | $2,350.63 |
| BOLING | DONALD | 9/27/1957 | 2/9/2001 | 04/14/1982 | 18.8384 | 18.95 | $21,419.21 |
| SIMS | JACK | 10/18/1957 | 2/9/2001 | 03/31/1980 | 20.8767 | 18.94 | $23,724.30 |
| SOWDER JR | RONDAL | 11/25/1957 | 2/9/2001 | 01/12/1998 | 3.0795 | 17.54 | $3,240.82 |
| TILLERY | MIKE | 1/14/1958 | 2/9/2001 | 05/22/1979 | 21.7370 | 16.18 | $21,102.27 |
| BROWN | ANDREW | 3/7/1958 | 2/9/2001 | 02/11/1981 | 20.0082 | 14.76 | $17,719.28 |
| SPURLOCK | FRANCES | 4/24/1958 | 2/9/2001 | 04/06/1981 | 19.8603 | 21.26 | $25,333.77 |
| SCHUERMAN | VINCENT | 5/5/1958 | 2/9/2001 | 04/06/1998 | 2.8493 | 18.32 | $3,131.97 |
| ZIMMERER JR | JAMES | 5/22/1958 | 2/9/2001 | 04/01/1981 | 19.8740 | 20.80 | $24,802.72 |
| MEADOWS | DONALD | 7/14/1958 | 2/9/2001 | 08/31/1983 | 17.4575 | 18.79 | $19,681.62 |
| LARSON | WILLIAM | 11/13/1958 | 2/9/2001 | 04/21/1982 | 18.8192 | 20.40 | $23,034.67 |
| DAY | OLIVIA | 1/1/1959 | 2/9/2001 | 06/10/1980 | 20.6822 | 18.43 | $22,870.37 |
| BUTLER SR | MICHAEL | 2/28/1959 | 2/9/2001 | 06/26/1967 | 33.6493 | 17.11 | $34,544.39 |
| COMBS | JOHN | 3/24/1959 | 10/3/2001 | 04/26/1982 | 18.8055 | 17.97 | $20,276.07 |
| PEAK | WENDELL | 6/1/1959 | 2/9/2001 | 04/12/1982 | 18.8438 | 14.76 | $16,688.10 |
| GREEN | KEITH | 6/7/1959 | 2/9/2001 | 03/25/1981 | 19.8932 | 20.40 | $24,349.22 |
| GOINS | JOSEPH | 7/19/1959 | 2/9/2001 | 04/27/1981 | 19.8027 | 17.23 | $20,472.07 |
| GEURIN | KEVIN | 10/15/1959 | 2/9/2001 | 08/24/1998 | 2.4658 | 18.30 | $2,707.40 |
| HEGGS | SONJA | 10/27/1959 | 2/9/2001 | 11/16/1998 | 2.2356 | 18.30 | $2,454.71 |
| JONSON | SOTERIO | 11/27/1959 | 2/9/2001 | 05/04/1983 | 17.7836 | 19.46 | $20,764.09 |
| LIPSCOMB | RICHARD | 12/27/1959 | 2/9/2001 | 04/11/1983 | 17.8466 | 19.96 | $21,373.06 |
| SHEARD | MICHAEL | 1/11/1960 | 2/9/2001 | 03/23/1981 | 19.8986 | 18.30 | $21,848.70 |
| STEWARD | DANIEL | 3/27/1960 | 2/9/2001 | 04/20/1981 | 19.8219 | 14.76 | $17,554.29 |
| DONOVAN | GARRETT | 5/19/1960 | 2/9/2001 | 06/11/1980 | 20.6795 | 21.33 | $26,465.56 |
| STEELE | MICHAEL | 6/28/1960 | 2/9/2001 | 02/09/1981 | 20.0137 | 20.46 | $24,568.82 |
| GRAMMEL | SCOTT | 9/28/1960 | 2/9/2001 | 04/28/1980 | 20.8000 | 18.94 | $23,637.12 |
| GARLAND | DALE | 11/21/1960 | 2/9/2001 | 04/06/1998 | 2.8493 | 14.76 | $2,523.35 |
| HURST | STEVEN | 12/29/1960 | 2/9/2001 | 08/23/1982 | 18.4795 | 17.54 | $19,447.78 |
| **Average** | **Age 40-45** | | | | **17.5856** | | **$19,888.22** |
| ROACH | DAVID | 2/21/1961 | 2/9/2001 | 03/10/1980 | 20.9342 | 20.46 | $25,698.88 |
| THEISS | RANDALL | 5/20/1961 | 2/9/2001 | 12/05/1998 | 2.1836 | 14.76 | $1,933.76 |
| HOWARD | GARY | 8/11/1961 | 12/5/2001 | 08/20/1979 | 22.3096 | 18.43 | $24,669.94 |
| LENHOFF | KEVIN | 9/2/1961 | 2/9/2001 | 03/17/1980 | 20.9151 | 14.76 | $18,522.38 |
| JOHNSON | JEFFREY | 11/3/1961 | 2/9/2001 | 03/30/1981 | 19.8795 | 17.80 | $21,231.25 |
| FARMER | GREGORY | 3/5/1962 | 2/9/2001 | 04/27/1981 | 19.8027 | 22.40 | $26,614.88 |
| FORE | JOHN | 3/14/1962 | 2/9/2001 | 03/09/1981 | 19.9370 | 14.76 | $17,656.20 |
| CROCKETT | LISA | 4/24/1962 | 2/9/2001 | 10/05/1998 | 2.3507 | 14.14 | $1,994.32 |
| LAYCOCK | JAMES | 5/22/1962 | 2/9/2001 | 04/27/1981 | 19.8027 | 21.62 | $25,688.11 |
| BAKER | FREDERICK | 8/14/1962 | 2/9/2001 | 04/08/1998 | 2.8438 | 17.11 | $2,919.48 |
| SPEARS | JEFFREY | 10/20/1962 | 2/9/2001 | 03/23/1981 | 19.8986 | 14.76 | $17,622.23 |
| WYNN | DAVID | 11/12/1962 | 2/9/2001 | 04/29/1982 | 18.7973 | 17.23 | $19,432.61 |
| SANVEE | YVES | 12/10/1962 | 2/9/2001 | 02/05/1999 | 2.0137 | 14.76 | $1,783.33 |
| TAYLOR | RODNEY | 3/15/1963 | 2/9/2001 | 04/17/1982 | 18.8301 | 14.76 | $16,675.97 |
| BARGER | DOUGLAS | 5/12/1963 | 2/9/2001 | 08/23/1982 | 18.4795 | 18.05 | $20,013.25 |

9

Hamilton "B" Street
Severance Paid
Age as of 2/9/2001

| Last Name | First Name | DOB | Last Date Worked | Most Recent Hire Date | Years of Credited Service (Days/365) | Base Salary / Rate | Severance Paid |
|---|---|---|---|---|---|---|---|
| JONES | HAYWOOD | 6/26/1963 | 2/9/2001 | 08/16/1982 | 18.4986 | 20.24 | $22,464.74 |
| TYREE | WANDA | 8/8/1963 | 2/9/2001 | 04/13/1998 | 2.8301 | 19.67 | $3,340.13 |
| CREECH | THERESA | 8/21/1963 | 2/9/2001 | 04/20/1983 | 17.8219 | 17.54 | $18,755.79 |
| YOUNG | DOUGLAS | 12/3/1963 | 2/9/2001 | 04/04/1983 | 17.8658 | 17.80 | $19,080.62 |
| HUFF | LAWRENCE | 4/17/1964 | 2/9/2001 | 06/24/1991 | 9.6384 | 14.76 | $8,535.73 |
| BUCHANAN | DELENA | 2/27/1967 | 2/9/2001 | 12/14/1998 | 2.1589 | 17.83 | $2,309.60 |
| BREHM | ROBERT | 5/29/1967 | 2/9/2001 | 05/29/1967 | 33.7260 | 18.62 | $37,678.72 |
| NORTH | STEVE | 4/14/1968 | 2/9/2001 | 01/24/2000 | 1.0466 | 17.63 | $1,107.07 |
| MCQUEEN | BRIAN | 6/9/1969 | 2/9/2001 | 12/14/1998 | 2.1589 | 14.76 | $1,911.93 |
| GOFFINET | MISTY | 8/25/1969 | 2/9/2001 | 02/05/1999 | 2.0137 | 14.76 | $1,783.33 |
| LAFLIN | JAMES | 1/22/1971 | 2/9/2001 | 08/24/1998 | 2.4658 | 17.63 | $2,608.27 |
| TAYLOR | JOE | 10/20/1971 | 2/9/2001 | 12/14/1998 | 2.1589 | 14.76 | $1,911.93 |
| SPEARS | ROBERT | 11/28/1971 | 2/9/2001 | 11/30/1998 | 2.1973 | 14.76 | $1,945.89 |
| OSBOURNE | GREG | 5/16/1972 | 2/9/2001 | 01/24/2000 | 1.0466 | 17.63 | $1,107.07 |
| ERVIN | TROY | 8/21/1973 | 2/9/2001 | 12/14/1998 | 2.1589 | 18.95 | $2,454.67 |
| WEBER | JASON | 1/3/1974 | 2/9/2001 | 12/14/1998 | 2.1589 | 14.76 | $1,911.93 |
| O'SHEA | JAMES | 3/27/1974 | 2/9/2001 | 02/14/1999 | 1.9890 | 17.83 | $2,127.88 |
| MCQUEEN | STEVE | 4/3/1976 | 2/9/2001 | 01/24/2000 | 1.0466 | 17.83 | $1,119.63 |
| BARNES | JASON | 12/30/1976 | 2/9/2001 | 12/14/1998 | 2.1589 | 18.30 | $2,370.48 |
| **Average** | **Age Under 40** | | | | **10.4152** | | **$11,087.71** |

10