UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.** | : | CIVIL ACTION NO. **C-1-01-467** |
| | : | |
| Plaintiffs | : | JUDGE: **BECKWITH** |
| | : | MAGISTRATE JUDGE: **BLACK** |
| vs. | : | |
| | : | |
| **UNITED PAPERWORKERS** | : | **NOTICE TO TAKE DEPOSITIONS** |
| **INTERNATIONAL UNION (PACE)** | : | |
| **LOCAL 1967, et al.** | : | |
| | : | |
| Defendants | : | |

Please take notice that pursuant to Ohio Rules of Civil Procedure 30 and 32, Plaintiffs, by and through counsel, will take the depositions of the following individuals for all purposes permitted under the Ohio Rules of Civil Procedure and Evidence. Said depositions will take place at the offices of Jacobs, Kleinman, Seibel & McNally, 2300 Kroger Building, 1014 Vine Street, Cincinnati, Ohio, 45202 on the dates listed below. You are invited to attend and participate.

| **Deponent** | **Date/Time** |
|---|---|
| Tim Bray | Thursday, October 7, 2004 at 9:00 a.m. |
| Ken Stanifer | Friday, October 8, 2004 at 9:00 a.m. |
| Gerald Johnston | Friday, October 8, 2004 at 1:00 p.m. |
| Mary Rita Weissmann | Wednesday, October 20, 2004 at 9:00 a.m. |
| Tom Stewart | Wednesday, October 20, 2004 at 1:00 p.m. |
| Don Mahew | Thursday, October 21, 2004 at 9:00 a.m. |
| Milton Lewis | Thursday, October 21, 2004 at 1:00 p.m. |
| Michael T. Hayes | Friday, October 22, 2004 at 9:00 a.m. |