<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 24, 2004, I electronically filed a Notice to Take Depositions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

C.J. Schmidt, Esquire
Harold G. Korbee, Esquire
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202
cjschmidt@woodlamping.com

Michael A. Roberts, Esquire
Graydon, Head & Ritchey
Attorney for Defendant
   International Paper Company
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202
mroberts@graydon.com

Vincent J. Miraglia, Esquire
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN  38197
vmiraglia@mcguirewoods.com

W. Carter Younger, Esquire
McGuire Woods LLP
Attorney for Defendant
   International Paper Company
One James Center
901 E. Cary Street
Richmond, VA  23219
cyounger@mcguirewoods.com

James B. Robinson, Esquire
Kircher, Robinson & Welch
Attorney for Defendant
    PACE International Union
2520 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
kircher@fuse.net

Robert J. Hollingsworth, Esquire
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH  45202
rjh@corsbassett.com

Stanley F. Lechner, Esquire
Laine S. Posel, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
    Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
slechner@morganlewis.com
lposel@morganlewis.com

Robert I. Doggett, Esquire
Attorney for Defendant
    PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, OH  45244
rdoggett@sprynet.com

I also certify that I have mailed by United States Postal Service the document to the following
non CM/ECF participants:

Ronald Morgan, Esquire
Morgan & Associates
118 South Second Street
Hamilton, OH  45011

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**

Attorney for Plaintiffs