UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dorman Angel, et al.,
    Plaintiffs

v.                                  Case No.   1:01-cv-467

United Paperworkers International
Union, Local 1967, et al.,
    Defendants

**ORDER**

The undersigned hereby recuses herself from this case.  The Clerk is hereby directed to reassign this case to another District Judge.

**SO ORDERED**.

Date: October 20, 2004                                  s/Sandra S. Beckwith
                                                          Sandra S. Beckwith, Chief Judge
                                                          United States District Court