UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DORMAN ANGEL, et al.,

    Plaintiffs,

-vs-                                                      1:01-cv-467

UNITED PAPERWORKERS INTERNATIONAL
UNION, LOCAL 1967, et al.,

    Defendants.

## NOTICE

The above-captioned case is **REASSIGNED** from the docket of the Honorable Sandra S. Beckwith to the docket of the **Honorable Susan J. Dlott**.

                                        s/Karen F. Jones
                                        Karen F. Jones
                                        Division Manger