UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dorman Angel, et al.,
    Plaintiffs

v.                                             Case No. 1:01-cv-467

International Paper Co., et al.,
    Defendants

**ORDER TO SHOW CAUSE**

      On September 20, 2004, Defendant International Paper Company filed a Motion for Summary Judgment (Doc. 77). To date, Plaintiffs have not filed a memorandum in opposition to the motion, and the time allotted by Southern District of Ohio Local Rule 7.2 for the filing of such a memorandum has expired.

      Accordingly, the Court hereby **ORDERS** Plaintiffs to **SHOW CAUSE**, on or before November 22, 2004, for the denial of Defendant's motion. In the event that Plaintiffs fail to timely respond to this Show Cause Order, the Court will consider Defendant's motion as unopposed. In the event that Plaintiffs timely respond, Defendant may file a reply memorandum on or before December 6, 2004.

Date: <u>November 3, 2004</u>                      s/Sandra S. Beckwith
                                                                                       Sandra S. Beckwith, Chief Judge
                                                                                       United States District Court