## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et. al.,** | ) : | **Case No. C-1-01 467** |
| **Plaintiffs,** | ) : | |
| **vs.** | ) : | **Judge Sandra S. Beckwith** |
| **UNITED PAPERWORKERS INTERNATIONAL UNION (PACE) LOCAL 1967, et. al.,** | ) : ) : | |
| **Defendants.** | ) | |

## NOTICE OF SUBSTITUTION OF TRIAL COUNSEL

Pursuant to S.D. Ohio Civ. R. 83.4(d), Grant S. Cowan of the firm Frost Brown Todd LLC is hereby substituted as Trial Attorney for Defendant International Paper Company, replacing Michael A. Roberts of the firm Graydon, Head & Ritchey LLP.

/s Michael A. Roberts
Michael A. Roberts (0047129)
Graydon Head & Ritchey LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH 45201-6464
(513) 621-6464
(513) 651-3836 (fax)
*mroberts@graydon.com*
*Trial Attorney for Defendant*

/s Grant S. Cowan
Grant S. Cowan (0029667)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6824
513) 651-6981 (fax)
gcowan@fbtlaw.com
*Substitute Trial Attorney for Defendant*

/s Vincent Miraglia
Vincent Miraglia
International Paper Company
6400 Poplar Ave.
Memphis, TN 38197
tel: 901-419-3901
fax: 901-419-3854

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2004, a true and complete copy of this document was delivered via electronic filing and regular U.S. Mail postage prepaid to James Robinson, Kircher Robinson & Welch, 2520 Kroger Building, 1014 Vine Street, Cincinnati, Ohio 45202; Robert J. Hollingsworth, Cors & Bassett, 537 E. Pete Rose Way, Suite 400, Cincinnati, Ohio 45202; Stanley Lechner, Morgan Lewis Bockius, 1111 Pennsylvania Avenue, N.W., Washington D.C. 20004, Robert Doggett, 6740 Clough Pike, Room 200, Cincinnati, Ohio 45202, Ronald Morgan, 118 South Second Street, Hamilton, Ohio 45011.

s/ Grant S. Cowan