UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.,** | :: | CASE NO. C-1-01 467 |
| Plaintiffs | :: | JUDGE:  BECKWITH |
| | | MAGISTRATE JUDGE: BLACK |
| vs. | :: | |
| **UNITED PAPERWORKERS INTERNATIONAL UNION (PACE) LOCAL 1967, et al.** | :: | |
| | :: | |
| Defendants | :: | |

: : : :: : : :

**DEFENDANT PAPER, ALLIED INDUSTRIAL, CHEMICAL
 & ENERGY WORKERS UNION, AFL-CIO S
WITNESS IDENTIFICATION**

Defendant, Paper, Allied Industrial, Chemical & Energy Workers Union, AFL-CIO, identifies the following witnesses expected to testify at trial, all of whom have been deposed and all of whom can be contacted at the PACE office, 660 Northland Road, Cincinnati, Ohio:

Gerald Johnston, Regional Director, International Vice President, and member of the Executive Board, who will testify on the history of the Mill and on his involvement in the 2001 plant closing negotiations;

Ken Stanifer, International Representative, who will testify on the collective bargaining agreements for the Mill, on 2001 negotiations, on the plant closing agreement and on negotiations with the successor employer;

Tim Bray, former President of the Local, who will testify on the operations of the Mill, on the plant closing agreement, and on the collective bargaining agreements;

In addition, Defendant will call Annetta Johnson (if available), former personnel director for the facility; she will, if available, testify about collective bargaining agreements and about negotiation of the plant closing agreement. It is the understanding of Defendant that she is in North Carolina and is no longer employed by International Paper.

        Respectfully submitted,

        s/James B. Robinson
        **JAMES B. ROBINSON   (0023483)**
        **KIRCHER, ROBINSON & WELCH**
        **1014 Vine Street, Suite 2520**
        **Cincinnati, Ohio  45202**
        **Phone:    513-381-3525**
        **Fax:    513-381-5665**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Mark J. Byrne, Esq.
    Jacobs, Kleinman, Seibel & McNally
    Attorney for Plaintiffs
    2300 Kroger Building
    1014 Vine Street
    Cincinnati, Ohio  45202

    C. J. Schmidt, Esq.
    Harold G. Korbee, Esq.
    Wood & Lamping, LLP
    600 Vine Street, Suite 2500
    Cincinnati, Ohio 45202

Michael A. Roberts, Esq.
Graydon, Head & Ritchey
Attorney for Defendant
  International Paper Company
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio   45202

Vincent J. Miraglia, Esq.
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN   38197

Robert J. Hollingsworth, Esq.
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Peter Rose Way, Suite 400
Cincinnati, Ohio   45202

Stanley F. Lechner, Esq.
Laine S. Posel, Esq.
Morgan, Lewis & Bockius
Attorney for Defendant
 Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C.   20004

I also certify that I have mailed by United States Postal Service the document to the following non-

CM/ECF participants:

Ronald Morgan, Esq.
Morgan & Associates
118 South Second Street
Hamilton, Ohio   45011

Robert I.. Doggett
Attorney for Defendant
 PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, Ohio   45244

    and

W. Carter Younger, Esq.
McGuire Woods LLP
Attorney for Defendant
 International Paper Company
Washington Square
1050 Connecticut Avenue, N.W.,, Suite 1200
Washington, DC   20036-5317


        s/James B. Robinson
        **JAMES B. ROBINSON**