UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.,** | :: | **CASE NO. C-1-01 467** |
| Plaintiffs | :: | JUDGE:  BECKWITH |
| | | MAGISTRATE JUDGE: BLACK |
| vs. | :: | |
| **UNITED PAPERWORKERS INTERNATIONAL UNION (PACE) LOCAL 1967, et al.** | :: | |
| | :: | |
| Defendants | :: | |

: : : ::: : : :

### DEFENDANT PAPER, ALLIED INDUSTRIAL, CHEMICAL & ENERGY WORKERS UNION, AFL-CIO S NOTICE OF DEPOSITIONS

Defendant, Paper, Allied Industrial, Chemical & Energy Workers Union, AFL-CIO, will take the depositions of all Plaintiffs who have not been deposed, in alphabetical order, starting at 9:00 a.m. on December 15, 2004, at the offices of Kircher, Robinson & Welch, 1014 Vine Street, Suite 2520, Cincinnati, Ohio, 45202, for approximately one hour each, and continuing on each weekday from 9:00 a.m. to 5:00 p.m. until concluded.

Respectfully submitted,

s/James B. Robinson
**JAMES B. ROBINSON    (0023483)**
**KIRCHER, ROBINSON & WELCH**
**1014 Vine Street, Suite 2520**
**Cincinnati, Ohio  45202**
**Phone:      513-381-3525**
  **Fax:         513-381-5665**

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark J. Byrne, Esq.
Jacobs, Kleinman, Seibel & McNally
Attorney for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio   45202


C. J. Schmidt, Esq.
Harold G. Korbee, Esq.
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202


Michael A. Roberts, Esq.
Graydon, Head & Ritchey
Attorney for Defendant
   International Paper Company
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio   45202

Vincent J. Miraglia, Esq.
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN   38197

Robert J. Hollingsworth, Esq.
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Peter Rose Way, Suite 400
Cincinnati, Ohio   45202

       Stanley F. Lechner, Esq.
       Laine S. Posel, Esq.
       Morgan, Lewis & Bockius
       Attorney for Defendant
        Smart Papers, LLC
       1111 Pennsylvania Avenue, N.W.
       Washington, D.C.  20004

I also certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

       Ronald Morgan, Esq.
       Morgan & Associates
       118 South Second Street
       Hamilton, Ohio  45011

       Robert I.. Doggett
       Attorney for Defendant
        PACE Local 5-1967
       6740 Clough Pike, Room 200
       Cincinnati, Ohio  45244

         and

       W. Carter Younger, Esq.
       McGuire Woods LLP
       Attorney for Defendant
        International Paper Company
       Washington Square
       1050 Connecticut Avenue, N.W.,, Suite 1200
       Washington, DC  20036-5317

       s/James B. Robinson
       **JAMES B. ROBINSON**