UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.** | : | CIVIL ACTION NO. **C-1-01-467** |
| Plaintiffs | : | JUDGE: **SANDRA S. BECKWITH** |
| vs. | : | |
| | : | **PLAINTIFFS' MOTION FOR AN** |
| **UNITED PAPERWORKERS** | : | **EXTENSION OF TIME TO CONDUCT** |
| **INTERNATIONAL UNION (PACE)** | : | **DISCOVERY** |
| **LOCAL 1967, et al.** | : | |
| Defendants | : | |

Now come Plaintiffs, by and through counsel, and hereby request an additional thirty (30) days until January 31, 2005 in which to conduct discovery. A memorandum in support of the motion follows herein.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tele: (513) 381-6600
Fax: (513) 381-4150
E-mail: mbyrne@jksmlaw.com

**MEMORANDUM**

Plaintiffs and Defendants have been engaged in various discovery relating to the above-captioned matter. Approximately 35 depositions of the Plaintiffs have been taken and numerous depositions of the Defendants. However, the parties have not been able to conclude discovery as

there are depositions still to be taken by some of the Defendants' employees. Therefore, Plaintiffs respectfully request until January 31, 2005 in which to conclude the discovery. This motion is not opposed by any of the Defendants.

                              RESPECTFULLY SUBMITTED,

                              /s/ Mark J. Byrne
                              **MARK J. BYRNE - #0029243**
                              JACOBS, KLEINMAN, SEIBEL & MCNALLY
                              Trial Attorneys for Plaintiffs
                              2300 Kroger Building
                              1014 Vine Street
                              Cincinnati, OH  45202
                              Tele: (513) 381-6600
                              Fax:  (513) 381-4150
                              E-mail:  mbyrne@jksmlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Grant S. Cowan, Esquire
Frost Brown Todd LLC
Attorney for Defendant
  International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202
gcowan@fbtlaw.com

Vincent J. Miraglia, Esquire
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN  38197
vincent.miraglia@ipaper.com

W. Carter Younger, Esquire
McGuire Woods LLP
Attorney for Defendant
  International Paper Company
One James Center
901 E. Cary Street
Richmond, VA  23219
cyounger@mcguirewoods.com

James B. Robinson, Esquire
Kircher, Robinson & Welch
Attorney for Defendant
  PACE International Union
2520 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
kircher@fuse.net

Robert J. Hollingsworth, Esquire
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH  45202
rjh@corsbassett.com

Stanley F. Lechner, Esquire
Laine S. Posel, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
slechner@morganlewis.com
lposel@morganlewis.com

Robert I. Doggett, Esquire
Attorney for Defendant
  PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, OH  45244
rdoggett@sprynet.com

I also certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Ronald Morgan, Esquire
Morgan & Associates
118 South Second Street
Hamilton, OH  45011

Charles P. Groppe, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers LLC
111 Pennsylvania Avenue, NW
Washington, DC  20004

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
Attorney for Plaintiffs