IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dorman Angel, et al.,           )
                                )
          Plaintiffs,           ) Case No. 1:01-CV-467
                                )
     vs.                        )
                                )
United Paperworkers             )
International Union (PACE)      )
Local 1967, et al.,             )
                                )
          Defendants.           )

O R D E R

This matter is before the Court on Plaintiffs' motion for an extension of time to conduct discovery (Doc. No. 93). In their motion, Plaintiffs request that the discovery cutoff deadline be moved from December 31, 2004 to January 31, 2005. Plaintiffs indicate that Defendants do not oppose their motion.

Accordingly, Plaintiffs' motion is well-taken and is **GRANTED**. The discovery cutoff date is January 31, 2005. Because of this extension, the dispositive motions deadline is changed to March 2, 2005. Finally, this extension requires moving the final pretrial conference and trial dates. The Courtroom Deputy is directed to establish new dates for these events at times convenient for the Court and the parties approximately thirty days later than the presently established dates.

**IT IS SO ORDERED**

Date  January 3, 2005                    s/Sandra S. Beckwith
                                    Sandra S. Beckwith, Chief Judge
                                       United States District Court