UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dorman Angel, et al.,
    Plaintiffs

v.                    Case No. C-1-01-cv-467

United Paperworkers International
Union (PACE) Local 1967, et al.,
    Defendants

**NOTICE**

    Pursuant to this Court's Order of January 3, 2005 (Doc. 94), the Final Pretrial/Settlement Conference is **RESCHEDULED** from April 29, 2005 TO May 25, 2005 at 9:00 a.m. Trial set for May 16, 2005 is **RESCHEDULED** TO June 13, 2005 at 1:00 p.m. All deadlines concerning the filing of exhibits, jury instructions, motions in limine, etc. will apply to this new trial date.

    Counsel are reminded that they and their clients shall be present at the final pretrial/settlement conference unless otherwise excused by the Court prior to the conference. The parties must have exchanged offers and demands at least forty-eight (48) hours prior to the conference and have full authority to discuss settlement at the conference.

Date: January 5, 2005                    s/Mary C. Brown
                                                  Mary C. Brown
                                                  Case Manager to Judge Beckwith