```
              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION

DORMAN ANGEL, et al.      :    Case No. 1:01-CV-467
                                (BECKWITH, JUDGE)

    Plaintiffs            :

    vs.                   :    NOTICE OF MANUAL FILING
                                     OF DEPOSITION
PACE LOCAL 5-1967, and    :
PAPER, ALLIED INDUSTRIAL,
CHEMICAL & ENERGY WORKERS
INTERNATIONAL UNION,      :
AFL-CIO, and
INTERNATIONAL PAPER COMPANY
and                       :
SMART PAPER, LLC          :

    Defendants
```

Defendant PACE Local 5-1967 gives notice of the manual filing of the deposition of Timothy D. Bray taken December 17, 2004.

```
                          /s/Robert I. Doggett
                          Robert I. Doggett (0016849)
                          Trial Attorney for Defendant
                          PACE Local 5-1967
                          6740 Clough Pike, Room 200
                          Cincinnati, Ohio  45244
                          Tel: 513/241-6116
                          Home office tel. 513-233-0915
                          FAX: 513-241-3825
```

CERTIFICATE OF SERVICE

The undersigned certifies that he served copies of the above document by the Clerk's CM/ECF system upon counsel for all parties. this 12th day of January, 2005.

```
                          /Robert_I._Doggett_____
                          Robert I. Doggett (0016849)
                          Trial Attorney for PACE Local 5-1967
```

1