Page 1

```
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF OHIO
 3                    WESTERN DIVISION
 4
    ------------------------------------
 5                                      :
    DORMAN ANGEL, et al.,               :
 6                                      :
              Plaintiffs,               :
 7                                      :
         vs.                            :   CASE NO.
 8                                      :   C-1-01-467
    UNITED PAPERWORKERS                 :
 9    INTERNATIONAL UNION (PACE)        :
      LOCAL 1967, et al.                :
10                                      :
              Defendants.               :
11                                      :
    ------------------------------------
12
13
14         Deposition of:   TOM STEWART
                            (via telephone)
15
           Taken:           By the Plaintiffs
16                          Pursuant to Notice
17         Date:            January 27th, 2005
18         Time:            Commencing at 4:31 p.m.
19         Place:           Jacobs, Kleinman, Seibel
                              & McNally Co., L.P.A.
20                          2300 Kroger Building
                            1014 Vine Street
21                          Cincinnati, Ohio  45202
22         Before:          Jennifer Coats
                            Notary Public - State of Ohio
23
24                                        COPY
25
```

Ace Reporting Services  (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

Page 2

```
 1  APPEARANCES:
 2
       On behalf of the plaintiffs:
 3
          Mark J. Byrne, Esq.
 4           of
          Jacobs, Kleinman, Seible
 5          & McNally Co., L.P.A.
          2300 Kroger Building
 6        1014 Vine Street
          Cincinnati, Ohio 45202
 7
 8     On behalf of PACE International Union:
 9        James B. Robinson, Esq.
             of
10        Kircher, Robins & Welch
          1014 Vine Street, Suite 2520
11        Cincinnati, Ohio 45202
12
       On behalf of International Paper:
13
          Vincent J. Miraglia, Esq.
14        (via telephone)
          6400 Poplar Avenue
15        Memphis, Tennessee 38197
16
       On behalf of Smart Paper Company:
17
          Charles P. Groppe, Esq.
18        (via telephone)
             of
19        Morgan, Lewis & Bocklus, L.L.P.
          1111 Pennsylvania Avenue, NW
20        Washington, DC 20004
21
22              - - -
23
24
25
```

Page 3

```
 1
              I N D E X
 2
 3   TOM STEWART                     PAGE
 4
     Examination by Mr. Byrne          4
 5   Examination by Mr. Robinson      61
     Examination by Mr. Groppe        62
 6
 7
     EXHIBITS              MARKED  REFERENCED
 8
 9   Deposition Exhibit 1    50       50
     Deposition Exhibit 2    60       59
10
     Plaintiff's Exhibit 4   ---      33
11
```

Page 4

```
 1             TOM STEWART
 2   of lawful age, a witness herein, being first duly
 3   sworn as hereinafter certified, was examined and
 4   deposed as follows:
 5             EXAMINATION
 6   BY MR. BYRNE:
 7       MR. MIRALGIA: This is Vincent Miralgia
 8   for International -- representing International
 9   Paper. This deposition is noticed under a 30B6
10   notice from Mr. Byrne that was actually faxed
11   to us this afternoon. While Mr. Stewart has
12   done his best to prepare for this 30B6
13   deposition, we object to the extent that it was
14   sent at such a late date. So his preparation
15   has certainly been limited but certainly he'll
16   do the best he can considering the limited
17   amount of preparation time that he has had. So
18   that objection is noted for the record. If
19   you -- go ahead, Mr. Byrne.
20       MR. BYRNE: I was going to wait until you
21   were done with all of them, Vinny.
22       MR. MIRALGIA: That's enough for now,
23   we'll see where you go.
24       MR. BYRNE: Just for the record, I wanted
25   to state that you and I have been trying to
```

Page 5

```
 1   work through these issues since December,
 2   trying at least to get a deposition of some
 3   people who may have knowledge regarding some of
 4   the subjects listed in the 30B6. And in light
 5   of that, I note you and I have had numerous
 6   discussions relating to trying to find someone
 7   relating to some of these issues. Although
 8   these specific issues probably weren't
 9   identified, we've exchanged several emails
10   trying to identify these people. And further,
11   you have agreed that we would discuss further
12   to identify International Paper individuals
13   under a 30B6 who may be able to answer some of
14   the other issues that are identified. Does
15   that sound somewhat consistent to where we've
16   been?
17       MR. MIRALGIA: I'm not sure we're going to
18   go any further than Mr. Stewart but we'll
19   discuss that after we're done here.
20       MR. BYRNE: Okay.
21   Q. Could you state your full name and spell
22   your last name?
23   A. Tom Stewart, S-t-e-w-a-r-t.
24   Q. And Mr. Stewart, my name is Mark Byrne and
25   I represent a number of individuals who were
```

Page 62

1  MR. ROBINSON: Yes.
2  MR. MIRALGIA: Okay.
3  Q. Did the union give up anything they were
4  entitled to under that contract?
5  A. Under the terms of the Effects Bargaining
6  Package?
7  Q. Correct.
8  A. No, sir. I think this were all additions
9  to the existing Collective Bargaining Agreement.
10  Q. Why did you agree to pay severance pay to
11  some people?
12  A. Well, it was a matter of company policy,
13  that this is something that we -- that we wanted to
14  do it -- was something that we typically had done in
15  other plant sales and closures. And we certainly
16  didn't want to treat these employees differently.
17  Q. Do you have any employment relationship
18  with the company at this point?
19  A. No, sir.
20  Q. Do you know where Anneta Johnston is now?
21  A. I do not. The last I heard -- and this is
22  like three-year-old information -- is that she was in
23  North Carolina, but I can't tell you, Jim.
24  Q. Okay, thanks.
25  EXAMINATION

Page 63

1  BY MR. GROPPE:
2  Q. This is Charlie Groppe, I represent Smart
3  Papers in this case. I just have two or three
4  questions for you, if you don't mind.
5  Did anyone from Smart Papers participate
6  in your bargaining with PACE over the effects of the
7  closure of the mill?
8  A. None whatsoever.
9  Q. Did you talk to anyone from Smart Papers
10  about your effects bargaining negotiations with the
11  union?
12  A. No, sir.
13  Q. Did you talk to anyone from Smart Papers
14  before the sale was consummated on February 9th about
15  the union in general?
16  A. No, sir.
17  Q. That's all the questions I've got, thanks.
18  MR. BYRNE: I just have one question and
19  maybe it's more directed at Vinny. Even though
20  Mr. Stewart's not been listed as a witness, he
21  is an individual who has knowledge, at least
22  with regard to these 30B6 issues, as he's been
23  able to testify to, right?
24  MR. MIRALGIA: I guess so. And frankly,
25  I'm not sure he hasn't been listed at least as

Page 64

1  a person with knowledge in our initial -- I
2  just don't recall that from three years ago.
3  MR. BYRNE: I can't remember either,
4  Vinny. I think the point is, there's some
5  issues that International Paper was asked about
6  and he was appointed to represent International
7  Paper with respect to those issues.
8  MR. MIRALGIA: Clearly.
9  MR. BYRNE: Okay. That's all I have at
10  the moment, sir. Thank you.
11  THE WITNESS: Thank you.
12  
13  
                          _____
14                             TOM STEWART
15  
16                                ---
17  DEPOSITION CONCLUDED AT 5:59 P.M.
18                                ---

Page 65

1  CERTIFICATE
2  STATE OF OHIO       :
                       : SS
3  COUNTY OF CLERMONT  :
4  I, Jennifer Coats, the undersigned, a duly
5  qualified and commissioned notary public within and
6  for the State of Ohio, do hereby certify that before
7  the giving of his aforesaid deposition, TOM STEWART
8  was by me first duly sworn to depose the truth, the
9  whole truth and nothing but the truth; that the
10  foregoing is the deposition given at said time and
11  place by TOM STEWART; that said deposition was taken
12  in all respects pursuant to stipulations of counsel;
13  that I am neither a relative of nor employee of any
14  of the parties or their counsel, and have no interest
15  whatever in the result of the action; that I am not,
16  nor is the court reporting firm with which I am
17  affiliated, under a contract as defined in Civil Rule
18  28(D).
19  IN WITNESS WHEREOF, I hereunto set my hand and
20  official seal of office at Batavia, Ohio, this _____
21  day of _____, 2005.
22  
23                          _____
     My commission expires:  Jennifer Coats
24  February 3rd, 2009.      Notary Public - State of Ohio
25

17 (Pages 62 to 65)