**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Dorman Angel, et al.,
    Plaintiffs

v.                                                  Case No.   1:01-cv-467

United Paperworkers International
Union Local 1967 (PACE), et al.,
    Defendants

**NOTICE**

      The above captioned case is **RESCHEDULED** for trial on Augsut 16, 2005 at 1:00 p.m.  The final pretrial/settlement conference is **RESCHEDULED** for July 29, 2005 at 10:00 a.m., before the Honorable Sandra S. Beckwith, United States District Judge.

      Trial counsel and their clients shall be present at the final pretrial/settlement conference unless otherwise excused by the Court prior to the conference.  The parties must have exchanged offers and demands at least forty-eight (48) hours prior to the conference and have full authority to discuss settlement at the conference.

      All deadlines concerning the filing of exhibits, jury instructions, motions in limine, etc., are to be calculated from these new dates.

March 9, 2005                            By:    s/ Mary C Brown
Date                                                Mary C. Brown
                                                     Case Manager to Judge Beckwith

**\*\*\*THIS CASE IS CURRENTLY POSITIONED   2nd    ON THE TRAILING DOCKET behind a criminal case\*\*\***

*Please check this Court's website for Judge Beckwith's Trial Procedures,*
http://www.ohsd.uscourts.gov/fpbeck.htm