UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.** | : | CIVIL ACTION NO. **C-1-01-467** |
| Plaintiffs | : | JUDGE: **BECKWITH** |
| | : | MAGISTRATE JUDGE: **SHERMAN** |
| vs. | : | |
| **UNITED PAPERWORKERS INTERNATIONAL UNION (PACE) LOCAL 1967, et al.** | : | **PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT PACE LOCAL 5-1967'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants | : | |

Now come Plaintiffs, by and through counsel, and hereby request until March 24, 2005 in which to response to Defendant PACE Local 5-1967's ("Local PACE") motion for summary judgment. A memorandum in support of said motion follows herein.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele: (513) 381-6600
Fax: (513) 381-4150
E-mail: mbyrne@jksmlaw.com

## **MEMORANDUM**

On February 1, 2005, Defendant Local PACE filed its motion for summary judgment. Plaintiffs request until March 24, 2005 in which to respond to the motion. Co-Defendant Paper, Allied Industrial, Chemical & Energy Workers Union, AFL-CIO ("International PACE") filed its motion on March 2, 2005. Some of the issues are similar in each motion. Therefore, Plaintiffs will file their response to the Local PACE motion at the same time as their response to the International PACE. Plaintiff has conferred with counsel for Local PACE, Robert Doggett, and he does not oppose the request for the extension.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tele: (513) 381-6600
Fax: (513) 381-4150
E-mail: mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Grant S. Cowan, Esquire
Frost Brown Todd LLC
Attorney for Defendant
  International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202
gcowan@fbtlaw.com

Vincent J. Miraglia, Esquire
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN  38197
vincent.miraglia@ipaper.com

W. Carter Younger, Esquire
McGuire Woods LLP
Attorney for Defendant
  International Paper Company
One James Center
901 E. Cary Street
Richmond, VA  23219
cyounger@mcguirewoods.com

James B. Robinson, Esquire
Kircher, Robinson & Welch
Attorney for Defendant
  PACE International Union
2520 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
kircher@fuse.net

Robert J. Hollingsworth, Esquire
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH 45202
rjh@corsbassett.com

Stanley F. Lechner, Esquire
Laine S. Posel, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
slechner@morganlewis.com
lposel@morganlewis.com

Robert I. Doggett, Esquire
Attorney for Defendant
  PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, OH 45244
rdoggett@sprynet.com

I also certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Ronald Morgan, Esquire
Morgan & Associates
118 South Second Street
Hamilton, OH 45011

Charles P. Groppe, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers LLC
1111 Pennsylvania Avenue, NW
Washington, DC 20004

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
Attorney for Plaintiffs