UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.,** | :: | CASE NO. C-1-01 467 |
| Plaintiffs | :: | JUDGE:  BECKWITH |
| | | MAGISTRATE JUDGE: BLACK |
| vs. | :: | |
| **UNITED PAPERWORKERS INTERNATIONAL UNION (PACE) LOCAL 1967, et al.** | :: :: | |
| Defendants | :: | |

: : : :: : : :

## NOTICE OF MANUAL FILING
## OF DEPOSITIONS

Defendant PACE gives notice of the manual filing of the following depositions:

    **Micahel F. Baker**
    **Michael S. Baker**
    **Kenneth Bauer**
    **James Boggs**
    **James Bowling**
    **Ronald Bridge**
    **Donald M.  Bridge**
    **Norman Brown**
    **Peter L. Cecere, Jr.**
    **Robert Chestnut**
    **Coney Chitwood**
    **Larry Combs**
    **Theresa Creech**
    **Olivia Day**
    **Dennis Felts**
    **Robert J. Follick**

**James Frost**
**Ben Gainey**
**David Glaab**
**Larry Glore**
**David Green**
**Michael Hart**
**Gary Hensley**
**Robert Holland**
**Russell Howard**
**James Johns**
**Kenneth Johnson**
**Gladys A. Jones**
**Jeffrey Jones**
**Jeffrey Kittner**
**Gregory Laney**
**Clark A. Latimer, Jr.**
**Kenneth Lakes**
**Vivian Livingston**
**Diana L. McGuire**
**Sharon Sutton Messer**
**Troy Messer**
**Michael Mick**
**Wade Nunn Jr.**
**Michael Oliver**
**Sandra Parks**
**Michael Potts**
**John Rice**
**Garrett Richards**
**Edward Roberts**
**Jamie Roy**
**Donald Ruppert**
**Stephen Sauter**
**Barbara Sauter**
**Ernest Shackleford**
**Michael Sheard**
**David E. Smith, Jr.**
**Jimmy Tatum**
**George Tatum**
**Jimmy Taylor**
**May Turner**
**David Thomas Waltner**

**Kenneth Webb \**
**Terri Webb**
**Eugene Weisbrod**
**Brenda Weisbrod**
**Donald Whitaker**
**Richard Whitehill**
**Ellisworth Williamson**
**David Frank Wynn**

**s/James B. Robinson**
**JAMES B. ROBINSON**
**KIRCHER, ROBINSON & WELCH**
**1014 Vine Street**
**Cincinnati, Ohio   45202**
**Phone:  (513)  381-3525**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2005, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark J. Byrne, Esq.
Jacobs, Klein man, Seibel & McNally
Attorney for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio   45202

C. J. Schmidt, Esq.
Harold G. Korbee, Esq.
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202

Michael A. Roberts, Esq.
Graydon, Head & Ritchey
Attorney for Defendant
  International Paper Company
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio   45202

Vincent J. Miraglia, Esq.
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN   38197

Robert J. Hollingsworth, Esq.
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Peter Rose Way, Suite 400
Cincinnati, Ohio   45202

Stanley F. Lechner, Esq.
Laine S. Posel, Esq.
Morgan, Lewis & Bockius
Attorney for Defendant
 Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C.   20004

I also certify that I have mailed by United States Postal Service the document to the following non-

CM/EC. participants:

Ronald Morgan, Esq.
Morgan & Associates
118 South Second Street
Hamilton, Ohio   45011

Robert I.. Doggett
Attorney for Defendant
 PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, Ohio   45244

    and

W. Carter Younger, Esq.
McGuire Woods LLP
Attorney for Defendant
 International Paper Company
Washington Square
1050 Connecticut Avenue, N.W., Suite 1200
Washington, DC   20036-5317

    s/James B. Robinson
    **JAMES B. ROBINSON**