UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.,** | :: | CASE NO. C-1-01 467 |
| **Plaintiffs** | :: | JUDGE:  BECKWITH |
| | | MAGISTRATE JUDGE: BLACK |
| **vs.** | :: | |
| **UNITED PAPERWORKERS** | :: | |
| **INTERNATIONAL UNION** | | |
| **(PACE) LOCAL 1967, et al.** | :: | |
| **Defendants** | :: | |

: : : :: : : :

## MOTION OF DEFENDANT PACE
## INTERNATIONAL FOR EXTENSION OF TIME

Defendant PACE respectfully requests a ten-day extension of time, to April 14, 2005, for filing its reply memorandum in support of its motion for summary judgment. Counsel for Plaintiffs has agreed to the requested extension, and a memorandum in support is attached.

Respectfully submitted,

s/James B. Robinson
**JAMES B. ROBINSON     (0023483)**
**KIRCHER, ROBINSON & WELCH**
**1014 Vine Street**
**Cincinnati, Ohio   45202**
**Phone:  (513)  381-3525**

**Counsel for Defendant PACE International Union**

-1-

## MEMORANDUM IN SUPPORT

      Counsel needs the requested extension both because of the death of his uncle in Chicago and associated necessary travel, and because of the complexity of the issues raised in Plaintiffs answer brief.  Counsel for Plaintiffs has agreed to the requested extension, which on the current schedule will not cause any delays in the progress of the case or any inconvenience to the Court or counsel.

      Respectfully submitted,

      **s/James B. Robinson**
      **JAMES B. ROBINSON    (0023483)**
      **KIRCHER, ROBINSON & WELCH**
      **1014 Vine Street**
      **Cincinnati, Ohio   45202**
      **Phone:  (513)  381-3525**

      **Counsel for Defendant PACE International Union**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 31st day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      Mark J. Byrne, Esq.
      Jacobs, Klein man, Seibel & McNally
      Attorney for Plaintiffs
      2300 Kroger Building
      1014 Vine Street
      Cincinnati, Ohio   45202

C. J. Schmidt, Esq.
Harold G. Korbee, Esq.
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202

Michael A. Roberts, Esq.
Graydon, Head & Ritchey
Attorney for Defendant
  International Paper Company
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio  45202

Vincent J. Miraglia, Esq.
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN  38197

Robert J. Hollingsworth, Esq.
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Peter Rose Way, Suite 400
Cincinnati, Ohio  45202

Stanley F. Lechner, Esq.
Laine S. Posel, Esq.
Morgan, Lewis & Bockius
Attorney for Defendant
 Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

I also certify that I have mailed by United States Postal Service the document to the following non-CM/EC. participants:

>Ronald Morgan, Esq.
>Morgan & Associates
>118 South Second Street
>Hamilton, Ohio   45011
>
>Robert I.. Doggett
>Attorney for Defendant
> PACE Local 5-1967
>6740 Clough Pike, Room 200
>Cincinnati, Ohio   45244
>
>   and
>
>W. Carter Younger, Esq.
>McGuire Woods LLP
>Attorney for Defendant
> International Paper Company
>Washington Square
>1050 Connecticut Avenue, N.W., Suite 1200
>Washington, DC   20036-5317

>s/James B. Robinson
>**JAMES B. ROBINSON      (0023483)**