FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO   05 APR 18 PM 4: 13
WESTERN DIVISION

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| DORMAN ANGEL, et al. | : | CIVIL ACTION NO. C-1-01-467 |
| Plaintiffs | : | JUDGE: SANDRA S. BECKWITH |
| -vs- | : | |
| UNITED PAPERWORKERS INTERNATIONAL UNION (PACE) LOCAL 1967, et al. | : | **PLAINTIFFS' DEPOSITION TESTIMONY AND EXHIBITS UTILIZED IN SUPPORT OF THEIR MEMORANDUM IN OPPOSITION TO DEFENDANT PACE LOCAL 5-1967'S AND PAPER, ALLIED INDUSTRIAL, CHEMICAL & ENERGY WORKERS UNION, AFL-CIO'S MOTIONS FOR SUMMARY JUDGMENT** |
| Defendants | : | |

1. **Timothy Bray Deposition (Taken 11/29/04)**

    Pages:   19

2. **Timothy Bray Deposition (2d Dep.) (Taken 12/17/04)**

    Pages:   6             Exhibits:   2
             14                         5

3. **Gerald Johnston**

    Pages:   6

4. **Ken Stanifer Deposition**

    Pages:   12    53    Exhibits:   1
             13    57                2
             17    60                4
             21    62                5
             22    63                7

(Ken Stanifer Deposition)

| Pages: | | |
|---|---|---|
| | 25 | 65 |
| | 29 | 76 |
| | 32 | 78 |
| | 33 | 79 |
| | 34 | 90 |
| | 35 | 123 |
| | 41 | 130 |
| | 52 | 141 |

5. **Tom Stewart Deposition**

| Pages: | |
|---|---|
| | 18 |
| | 25 |
| | 34 |
| | 62 |

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tele: (513) 381-6600
Fax: (513) 381-4150
E-mail: mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Grant S. Cowan, Esquire
Frost Brown Todd LLC
Attorney for Defendant
   International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202
gcowan@fbtlaw.com

Vincent J. Miraglia, Esquire
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN  38197
vincent.miraglia@ipaper.com

W. Carter Younger, Esquire
McGuire Woods LLP
Attorney for Defendant
   International Paper Company
One James Center
901 E. Cary Street
Richmond, VA  23219
cyounger@mcguirewoods.com

James B. Robinson, Esquire
Kircher, Robinson & Welch
Attorney for Defendant
   PACE International Union
2520 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
kircher@fuse.net

Robert J. Hollingsworth, Esquire
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH 45202
rjh@corsbassett.com

Stanley F. Lechner, Esquire
Laine S. Posel, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
slechner@morganlewis.com
lposel@morganlewis.com

Robert I. Doggett, Esquire
Attorney for Defendant
  PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, OH 45244
rdoggett@sprynet.com

Charles P. Groppe, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers LLC
1111 Pennsylvania Avenue, NW
Washington, DC 20004
cgroppe@morganlewis.com

I also certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Ronald Morgan, Esquire
Morgan & Associates
118 South Second Street
Hamilton, OH 45011

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
Attorney for Plaintiffs