# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 AUG -1  PM 4:41

| | | |
|---|---|---|
| DORMAN ANGEL | : | **CIVIL ACTION NO.  C-1-01-467** |
| MICHAEL F. BAKER | : | |
| MICHAEL S. BAKER | : | **JUDGE:  SANDRA S. BECKWITH** |
| KENNETH BAUER | : | |
| JAMES BOGGS | : | |
| JIM BOWLING | : | |
| DONALD BRIDGE | : | |
| RONALD BRIDGE | : | |
| NORMAN BROWN | : | |
| CHARLES CAMPBELL | : | |
| PETER CECERE | : | |
| ROBERT CHESNUT | : | **NOTICE OF APPEAL** |
| CONEY CHITWOOD | : | |
| THERESA CREECH | : | |
| OLIVIA DAY | : | |
| GARY ERVIN | : | |
| DENNIS FELTS | : | |
| ROBERT FOLLICK | : | |
| JAMES FROST | : | |
| MARC FULLEN | : | |
| BEEN GAINEY | : | |
| DAVID GLAAB | : | |
| LARRY GLORE | : | |
| DAVID GREEN | : | |
| CHARLES HARDIX | : | |
| MICHAEL HART | : | |
| GARY HENSLEY | : | |
| ROBERT HOLLAND | : | |
| ELDON HOUSTON | : | |
| DOUGLAS HOWARD | : | |
| RUSSELL HOWARD | : | |
| JAMES JOHNS | : | |
| KENNETH JOHNSON | : | |
| ROBERT JOHNSON | : | |
| GLADYS JONES | : | |
| JEFFREY JONES | : | |
| JEFF KITTNER | : | |
| MAURICE KOLLSTEDT | : | |
| KENNETH LAKES | : | |
| GREG LANEY | : | |

CLARK LATIMER                          :
JAMES W. LAYCOCK                       :
DALE LEUTZ                             :
VIVIAN LIVINGSTON                      :
DIANA MCGUIRE                          :
TROY MESSER                            :
MICHAEL MICK                           :
HARGIS MILLER                          :
WADE NUNN                              :
MICHAEL OLIVER                         :
SANDRA PARKS                           :
MICHAEL POTTS                          :
JOHN RICE                              :
GARRETT RICHARD                        :
EDWARD ROBERTS                         :
JAMIE ROY                              :
DONALD RUPPERT                         :
BARBARA SAUTER                         :
STEPHEN SAUTER                         :
ERNEST SHACKLEFORD                     :
MICHAEL SHEARD                         :
DAVID SMITH                            :
SHARON SUTTON                          :
GEORGE TATUM                           :
JIMMY TATUM                            :
MAY TURNER                             :
DAVID WALTNER                          :
KENNETH WEBB                           :
TERI WEBB                              :
BERNEDA WEISBROD                       :
EUGENE WEISBROD                        :
DONALD WHITAKER                        :
RICHARD WHITEHILL                      :
ELLSWORTH WILLIAMSON                   :
DAVID WYNN                             :
JOHN DOES I, II, III, IV, V, VI, VII   :
   VIII, IX, X, XI, XII                :
JIMMY TAYLOR                           :
MICHAEL THOMAS                         :
JOSEPH BORN                            :
LARRY COMBS                            :
A.B. CATHERS                           :
JOHN CRESS                             :

DON DEBOARD                              :
BILL HOGG                                :
JOHN HUNT                                :
MARVIN JOHNSON                           :
REBECCA LANEY                            :
CRAIG MCGUIRE                            :
JAMES PARKER                             :
MICHAEL RAQUET                           :
RICHARD REASCH                           :
TERRY RUBY                               :
DONALD SHREPP                            :
ARTHUR SIMMONS                           :
RANDALL SOWDER                           :
ALLEN SUMAN                              :
JIMMY TAYLOR                             :
DAVE WHEELER                             :
KENNETH WHICKER                          :
JOHN EARL HUELSMAN                       :
WILLIAM L. WRIGHT                        :
RONALD L. NICHTING                       :
JOHN P. GENTILE                          :
CHARLES R. CAUDILL                       :
IRWIN MERCER                             :
JAMES PETERSON                           :
KYLE D. TAYLOR                           :
JAMES L. BEEMAN                          :
GUY HAPNER                               :
JOHNNY ROBERTS                           :
JANICE R. BROWN                          :
JAMES BUELL                              :
CHARLES E. LEHMAN, JR.                   :
RICHARD M. SCHLOTTERBECH                 :
FRED E. CROY                             :
MICHAEL L. BUTLER                        :
                                         :
            vs.                          :
                                         :
UNITED PAPERWORKERS                      :
   INTERNATIONAL UNION (PACE)            :
   LOCAL 1967                            :
1050 Millville Avenue                    :
Hamilton, OH  45013                      :
                                         :
            and                          :

3

UNITED PAPERWORKERS                          :
   INTERNATIONAL UNION aka                :
   PAPER ALLIED-INDUSTRIAL,                :
   CHEMICAL & ENERGY WORKERS            :
   INTERNATIONAL UNION, AFL-CIO         :
660 Northland Road, Suite 25                 :
Cincinnati, OH  45240                        :
                       :
     and                                   :
                       :
INTERNATIONAL PAPER COMPANY                  :
601 North B Street                           :
Hamilton, OH  45013                          :
                       :
     and                                   :
                       :
SMART PAPER, LLC.                            :
601 North B Street                           :
Hamilton, OH  45013                          :
                       :
         Defendants                       :

Now come all Plaintiffs and hereby give notice of appeal to the United States Court of

Appeals for the Sixth Circuit of the judgments of the United States District Court for the

Southern District of Ohio, Western Division, dated March 10, 2003, March 27, 2003 and June

30, 2005.

                    Respectfully submitted,

                    /s/ Mark J. Byrne
                    **MARK J. BYRNE - #0029243**
                    JACOBS, KLEINMAN, SEIBEL & MCNALLY
                    Trial Attorneys for Plaintiffs
                    2300 Kroger Building
                    1014 Vine Street
                    Cincinnati, OH  45202
                    Tele: (513) 381-6600
                    Fax:  (513) 381-4150
                    E-mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served by regular U.S. Mail on August 1, 2005, to the following:

Grant S. Cowan, Esquire
Frost Brown Todd LLC
Attorney for Defendant
  International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202
gcowan@fbtlaw.com

Vincent J. Miraglia, Esquire
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN  38197
vincent.miraglia@ipaper.com

W. Carter Younger, Esquire
McGuire Woods LLP
Attorney for Defendant
  International Paper Company
One James Center
901 E. Cary Street
Richmond, VA  23219
cyounger@mcguirewoods.com

James B. Robinson, Esquire
Kircher, Robinson & Welch
Attorney for Defendant
  PACE International Union
2520 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
kircher@fuse.net

Robert J. Hollingsworth, Esquire
Cors & Bassett
Attorney for Defendant Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH  45202
rjh@corsbassett.com

Stanley F. Lechner, Esquire
Laine S. Posel, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
slechner@morganlewis.com
lposel@morganlewis.com

Robert I. Doggett, Esquire
Attorney for Defendant
  PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, OH  45244
rdoggett@sprynet.com

Ronald Morgan, Esquire
Morgan & Associates
118 South Second Street
Hamilton, OH  45011

Charles P. Groppe, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers LLC
1111 Pennsylvania Avenue, NW
Washington, DC  20004

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
Attorney for Plaintiffs