Mon Aug 1 16:32:04 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No. 100 427702
Cashier        mcl

Check Number: 17472

DO Code    Div No
   4661        1

Sub Acct Type Tender      Amount
1:086900  N     2        105.00
2:510000  N     2        150.00

Total Amount      $    255.00

JACOBS KLEINMAN SEIBEL & MCNALLY

NOTICE OF APPEAL 1:01CV467

Mon Aug 1 16:32:04 2005

Check No.  17472
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661