UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DORMAN ANGEL, <u>et al</u>,**   Case No.:   C-1-01-467

      Plaintiffs

          v.   **Judge Sandra S. Beckwith**

**PACE LOCAL 5-1967**   and

**PAPER, ALLIED INDUSTRIAL,
CHEMICAL & ENERGY WORKERS
UNION, AFL-CIO,** and

**INTERNATIONAL PAPER
COMPANY**

and

**SMART PAPER, LLC,**

      Defendants

### **NOTICE OF CHANGE OF ADDRESS**

Please take notice that the address for the undersigned counsel has changed to:

      James B. Robinson
      119 East Court Street
      Suite 213
      Cincinnati, Ohio 45202
      Telephone:  (513) 381-3525
      Facsimile:  (513) 381-5665

        Respectfully submitted,

        /s/ James B Robinson
        JAMES B. ROBINSON
        Counsel for PACE International Union
        119 East Court Street, Suite 213
        Cincinnati, Ohio 45202

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing change of address was served by electronic filing and U.S. Mail on August 10, 2005, to the following:

Mark J. Byrne
Jacobs, Kleinman, Seibel & McNally
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202

Grant S. Cowan, Esquire
Frost Brown Todd LLC
Attorney for Defendant
   International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202

Vincent J. Mirgalia, Esquire
International Paper Company
   Legal Department
6400 Poplar Avenue
Memphis, TN 38197

W. Carter Younger, Esquire
McGuire Woods LLP
Attorney for Defendant
International Paper Company
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert J. Hollingsworth, Esquire
Cors & Bassett
Attorney for Defendant
  Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202

Stanley F. Lechner, Esquire
Laine S. Posel, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
    Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004


Robert I. Doggett, Esquire
Attorney for Defendant
   PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, Ohio 45244

Ronald Morgan, Esquire
Morgan & Associates
118 South Second Street
Hamilton, Ohio 45011

Charles P. Groppe, Esquire
Morgan, Lewis & Bockius
Attorney for Defendant
   Smart Papers LLC
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

                                                /s/ James B. Robinson
                                                JAMES B. ROBINSON