UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DORMAN ANGEL, et al., | : | Case No. C-1-01-467 |
| Plaintiffs, | : | |
| v. | : | |
| UNITED PAPERWORKERS INTERNATIONAL, UNION (PACE) LOCAL 1967, UNITED PAPERWORKERS INTERNATIONAL UNION, INTERNATIONAL PAPER COMPANY, et al., | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby enters his appearance on behalf of Defendant United Paperworkers International Union.

Respectfully submitted,

/s/ Peter M. Fox (0030042)
Peter M. Fox (0030042)
Manley Burke LPA
225 West Court Street
Cincinnati, Ohio 45202-1098
Telephone: (513) 721-5525
Facsimile: (513) 721-4268
Attorney for Defendant United
Paperworkers International Union

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic filing on March 14, 2007, to the following:

Mark J. Byrne
Jacobs, Kleinman, Seibel & McNally
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202

Grant C. Cowan
Frost Brown Todd LLC
Attorney for Defendant
 International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202

Vincent J. Mirgalia
International Paper Company
 Legal Department
6400 Poplar Avenue
Memphis, TN 38197

Robert J. Hollingsworth
Cors & Bassett
Attorney for Defendant
 Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202

Stanley F. Lechner
Laine S. Posel
Morgan, Lewis & Bockius
Attorney for Defendant
 Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Charles P. Groppe
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

James B. Robinson
Counsel for PACE International Union
119 East Court Street, Suite 213
Cincinnati, Ohio 45202

I also certify that I have mailed by United States Postal Service the document to the following:

Ronald Morgan
Morgan & Associates
118 South Second Street
Hamilton, Ohio 45011

Robert I. Doggett
Attorney for Defendant
 PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, Ohio 45244

W. Carter Younger
McGuire Woods LLP
Attorney for Defendant
International Paper Company
One James Center
901 E. Cary Street
Richmond, VA 23219

/s/ Peter M. Fox (0030042)
Peter M. Fox
Attorney for Defendant United Paperworkers
International Union

N:\WIP\PMF\Dorman Angel re Notice of Appearance.doc-skm