# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.,** | : | **Case No. C-1-01-467** |
| | | **Court of Appeals Case No.: 05-4114** |
| **Plaintiffs,** | : | |
| | | |
| **v.** | : | **BILL OF COSTS** |
| | | |
| **UNITED PAPERWORKERS** | : | |
| **INTERNATIONAL, UNION (PACE)** | | |
| **LOCAL 1967, UNITED** | : | |
| **PAPERWORKERS INTERNATIONAL** | | |
| **UNION, INTERNATIONAL PAPER** | : | |
| **COMPANY, et al.,** | | |
| | : | |
| **Defendants.** | | |

The Court's Decision having been affirmed by the United States Court of Appeals for the Sixth Circuit on February 28, 2007, the Clerk is requested pursuant to 28 USC §1920, Federal Rule of Civil Procedure 54 and Federal Rule of Appellate Procedure 39(e)(2) to tax the following as costs:

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case in the amount of $6,974.87. (See attached Index of Invoices)

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Signature of Attorney: /s/ Peter M. Fox

Name of Attorney: Peter M. Fox

For: United Paperworkers International Union    Date: March 14, 2007
<br>Name of Claiming Party

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic filing on March 14, 2007, to the following:

Mark J. Byrne
Jacobs, Kleinman, Seibel & McNally
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202

Grant C. Cowan
Frost Brown Todd LLC
Attorney for Defendant
  International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202

Vincent J. Mirgalia
International Paper Company
  Legal Department
6400 Poplar Avenue
Memphis, TN 38197

Robert J. Hollingsworth
Cors & Bassett
Attorney for Defendant
  Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202

Stanley F. Lechner
Laine S. Posel
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Charles P. Groppe
Morgan, Lewis & Bockius
Attorney for Defendant
  Smart Papers LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

James B. Robinson
Counsel for PACE International Union
119 East Court Street, Suite 213
Cincinnati, Ohio 45202

I also certify that I have mailed by United States Postal Service the document to the following:

Ronald Morgan
Morgan & Associates
118 South Second Street
Hamilton, Ohio 45011

Robert I. Doggett
Attorney for Defendant
  PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, Ohio 45244

W. Carter Younger
McGuire Woods LLP
Attorney for Defendant
International Paper Company
One James Center
901 E. Cary Street
Richmond, VA 23219

/s/ Peter M. Fox (0030042)
Peter M. Fox
Attorney for Defendant United Paperworkers
International Union

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                              Deputy Clerk                                    Date

N:\WIP\PMF\Dorman Angel re Bill of Costs.doc-skm