## INDEX OF INVOICES

| Invoice Number | Invoice Date | Deponent Filing | Taxable Amount | Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 146118 | 11-22-04 | Hensley | $ 320.80 | |
| | | Boggs | 172.80 | |
| | | Bowling | 163.20 | |
| | | Brown | 105.60 | |
| | | Glore | 86.40 | |
| | | Whitaker | 158.40 | |
| | | Weisbrod | 163.20 | |
| | | | | $1,170.40 |
| | | | | |
| 146160 | 11-24-04 | Mick | 295.20 | |
| | | Kittner | 76.80 | |
| | | | | $ 372.00 |
| | | | | |
| 146391 | 12-28-04 | Weisbrod | 261.10 | |
| | | Waltner | 55.30 | |
| | | Taylor | 146.15 | |
| | | Latimer | 114.55 | |
| | | | | $ 577.10 |
| | | | | |
| 146524 | 1-03-05 | Parks | 391.25 | |
| | | Sheard | 48.75 | |
| | | Ruppert | 135.00 | |
| | | Turner | 67.50 | |
| | | Combs | 86.25 | |
| | | Webb, K. | 63.75 | |
| | | Webb, T. | 165.00 | |
| | | Laney | 82.50 | |
| | | Chitwood | 67.50 | |
| | | Hart | 52.50 | |
| | | | | $1,160.00 |
| | | | | |
| 146551 | 1-06-05 | Williamson | 236.25 | |
| | | Jones | 63.75 | |
| | | Johns | 63.75 | |
| | | Frost | 78.75 | |
| | | Cecere | 56.25 | |
| | | Tatum, J. | 75.00 | |

| | | Tatum, G. | 56.25 | |
| | | | | $ 630.00 |
| | | | | |
| 146628 | 1-12-05 | Green | 236.25 | |
| | | Nunn | 63.75 | |
| | | Bridge, D. | 37.50 | |
| | | Bridge, R. | 33.75 | |
| | | Rice | 63.75 | |
| | | Bauer | 33.75 | |
| | | Sauter, S. | 41.25 | |
| | | Sauter, B. | 63.75 | |
| | | Chestnut | 60.00 | |
| | | Lakes | 45.00 | |
| | | Livingston | 56.25 | |
| | | | | $ 735.00 |
| | | | | |
| 146680 | 1-18-05 | Roberts | 213.75 | |
| | | Creech | 45.00 | |
| | | Whitehill | 45.00 | |
| | | | | $ 303.75 |
| | | | | |
| 146784 | 1-26-05 | Felts | 338.75 | |
| | | Holland | 63.75 | |
| | | Glaab | 60.00 | |
| | | Potts | 127.50 | |
| | | Shackelford | 86.25 | |
| | | Gainey | 82.50 | |
| | | Richards | 90.00 | |
| | | | | $ 848.75 |
| | | | | |
| 146803 | 1-27-05 | Follick | 85.00 | |
| | | Roy | 37.50 | |
| | | Baker | 56.25 | |
| | | | | $ 178.75 |
| | | | | |
| 146805 | 1-27-05 | Day | 100.00 | |
| | | | | $ 100.00 |
| | | | | |
| 146807 | 1-27-05 | Johnson | 160.00 | |
| | | | | $ 160.00 |
| | | | | |
| 146809 | 1-27-05 | Baker | 96.25 | |
| | | | | $ 96.25 |
| | | | | |
| 147097 | 2-23-05 | Oliver | 191.56 | |

| | | | | |
|---|---|---|---|---|
| | | Messer, T. | 114.19 | |
| | | Messer, S. | 59.81 | |
| | | McGuire | 48.94 | |
| | | Jones | 38.06 | |
| | | Wynn | 59.81 | |
| | | Howard | 81.56 | |
| | | Smith | 48.94 | |
| | | | | $ 642.87 |
| | | | | |
| | | | | |
| Grand Total | | | | $6,974.87 |

N:\WIP\PMF\USWA\Dorman Angel Index of Invoices.doc-skm

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBEI |
|---|---|---|
| 146118 | 11/22/2004 | 01-75197 |

| JOB DATE | REPORTER(S) | CASE NUMBE |
|---|---|---|
| 11/15/2004 | COATJE | C101467 |

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

### CASE CAPTION

Droman Angel vs. United Paperworkers Intl. Union

### TERMS

Due upon receipt

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Gary Hensley | | 320.80 |
| INDEX | 5.00 Pages | 5.00 |
| (TAXABLE $ 320.80) | | |
| and | | |
| James Boggs | | 172.80 |
| INDEX | 7.00 Pages | 7.00 |
| (TAXABLE $ 172.80) | | |
| and | | |
| James Bowling | | 163.20 |
| INDEX | 7.00 Pages | 7.00 |
| (TAXABLE $ 163.20) | | |
| and | | |
| Norman Brown | | 105.60 |
| INDEX | 6.00 Pages | 6.00 |
| (TAXABLE $ 105.60) | | |
| and | | |
| Larry Clore | | 96.40 |
| INDEX | 5.00 Pages | 5.00 |
| (TAXABLE $ 86.40) | | |

TAX ID NO.: 31-0725254

(513) 381-3525

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146118 | 11/22/2004 | 01-75197 |

| JOB DATE | REPORTER(S) | CASE NUMBI |
|---|---|---|
| 11/15/2004 | COATJE | C101467 |

### CASE CAPTION

Droman Angel vs. United Paperworkers Intl. Union

### TERMS

Due upon receipt

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

and
   Donald Whitaker
       INDEX
(TAXABLE   $   158.40)

| | | |
|---|---|---|
| 8.00 Pages | | 158.40 |
| | | 8.00 |

and
   Eugene Weisbrod
       INDEX
(TAXABLE   $   163.20)

| | | |
|---|---|---|
| 7.00 Pages | | 163.20 |
| | | 7.00 |

| | | |
|---|---|---|
| TOTAL   DUE   >>>> | | 1,215.40 |
| AFTER 12/22/2004 PAY | | 1,233.63 |

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment*

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Job No.    :  01-75197
Case No.   :  C101467
Droman Angel vs. United Paperworkers

Invoice No.:  146118
Date       :  11/22/2004
TOTAL DUE  :    1,215.40
AFTER 12/22/2004 PAY : 1,233.63

### PAYMENT WITH CREDIT CARD

Card Holder's Name
VISA/MC #
Exp. Date                    Phone #:
Billing Address
Amount to Charge                      Zip
Cardholder's Signature:

Remit To   Ace Reporting Services
           30 Garfield Place
           Suite 620
           Cincinnati, OH 45202-4364

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 146160 | 11/24/2004 | 01-75217 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/17/2004 | COATJE | C101467 |

### CASE CAPTION

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Dorman Angel vs. United Paperworkers Intl. Union

### TERMS

Due upon receipt

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
```
    Michael Mick
            INDEX
            DELIVERY: COURIER
(TAXABLE    $    295.20)
```
10.00 Pages

295.20
10.30
4.50

and
```
    Jeffrey Kittner
            INDEX
(TAXABLE    $    76.80)
```
10.00 Pages

76.80
10.00

| | TOTAL   DUE  >>>> | 396.50 |
|---|---|---|
| | AFTER 12/24/2004 PAY | 402.45 |

---

TAX ID NO. : 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment*

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

```
Job No.       :  01-75217
Case No.      :  C101463
Dorman Angel vs. United Paperworkers
Invoice No.:     146160
Date      :      11/24/2004
TOTAL DUE :         396.50
AFTER 12/24/2004 PAY : 402.45
```

### PAYMENT WITH CREDIT CARD

Card Holder's Name

VISA/MC #

Exp. Date                        Phone #

Billing Address

Amount to Charge                 Zip

Cardholder's Signature

Remit To:    **Ace Reporting Services**
             **30 Garfield Place**
             **Suite 620**
             **Cincinnati, OH 45202-4364**

Ace Reporting Service
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146391 | 12/28/2004 | 01-75491 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBI** |
| 12/15/2004 | MOXLDA | C101467 |

CASE CAPTION

Dorman Angel vs. United Paperworkers Intl. Union

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

TERMS

Due upon receipt

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Berneda Weisbrod
             CONDENSED                                                   257.50
             INDEX                    18.00 Pages                          3.60
             DELIVERY: COURIER         4.00 Pages                          4.00
             DELIVERY: FILING                                              4.50
   (TAXABLE   $     261.10)                                                4.50

and
   David Thomas Waltner
             CONDENSED                                                    52.50
             INDEX                    14.00 Pages                          2.80
   (TAXABLE   $      55.30)            4.00 Pages                          4.00

and
   Jimmy L. Taylor
             CONDENSED                                                   138.75
             INDEX                    37.00 Pages                          7.40
   (TAXABLE   $     146.15)            8.00 Pages                          8.00

and
   Clark A. Latimer
             CONDENSED                                                   108.75
             INDEX                    29.00 Pages                          5.80
   (TAXABLE   $     114.55)            7.00 Pages                          7.00
```

TAX ID NO.: 31-0725254                              (513) 381-3525

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 146391 | 12/28/2004 | 01-75491 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 12/15/2004 | MOXLDA | C101467 |

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

### CASE CAPTION

Dorman Angel vs. United Paperworkers Intl. Union

### TERMS

Due upon receipt

|  |  |
|---|---|
| TOTAL DUE  >>>> | 609.10 |
| AFTER 01/27/2005 PAY | 618.24 |

30-DAY SIG THROUGH MR SEIBEL'S COPY
ORIGINALS WILL BE FILED USDC
COPY/CONDENSED COPY DEL BY COURIER 12/27/04

## 1½% PER MONTH
## ADDED AFTER 30 DAYS

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

```
Job No.    :  01-75491
Case No.   :  C101467
Dorman Angel vs. United Paperworkers

Invoice No.:  146391
Date       :  12/28/2004
TOTAL DUE  :     609.10
AFTER 1/27/2005 PAY : 618.24
```

### PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                      Phone #:
Billing Address:
Amount to Charge:                         Zip:
Cardholder's Signature:

Remit To:    Ace Reporting Services
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMB |
|---|---|---|
| 146524 | 01/03/2005 | 01-75492 |

| JOB DATE | REPORTER(S) | CASE NUMI |
|---|---|---|
| 12/16/2004 | COATJE | C101467 |

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

**CASE CAPTION**

Donnan Angel vs. United Paperworkers Intl. Union

**TERMS**

Due upon receipt

---

```
ORIGINAL AND 1 COPY OF TRANSCRIPTS OF:
    Sandra Parks
            INDEX                                                    391.25
                    DELIVERY: COURIER       5.00 Pages                  5.00
                    DELIVERY: FILING                                    4.50
    (TAXABLE    $      391.25)                                          4.50

and
    Michael Sheard
            INDEX                                                      48.75
    (TAXABLE    $      48.75)           4.00 Pages                       4.00

and
    Donald Ruppert
            INDEX                                                     135.00
    (TAXABLE    $     135.00)           8.00 Pages                       8.00

and
    May Turner
            INDEX                                                      67.50
    (TAXABLE    $      67.50)           5.00 Pages                       5.00

and
    Larry Combs
            INDEX                                                      86.25
                                        6.00 Pages                       6.00
```

TAX ID NO.: 31-0725254

(513) 381-3525

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMI |
|---|---|---|
| 146524 | 01/03/2005 | 01-75492 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUM** |
| 12/16/2004 | COATJE | C101467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers Intl. Union

**TERMS**

Due upon receipt

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

| | | |
|---|---|---|
| (TAXABLE   $      86.25) | | |
| and | | |
| Kenneth Webb | | |
| INDEX | 5.00 Pages | 63.75 |
| (TAXABLE   $      63.75) | | 5.00 |
| and | | |
| Terri Webb | | |
| INDEX | 9.00 Pages | 165.00 |
| (TAXABLE   $     165.00) | | 9.00 |
| and | | |
| Gregory Laney | | |
| INDEX | 6.00 Pages | 82.50 |
| (TAXABLE   $      82.50) | | 6.00 |
| and | | |
| Coney Chitwood | | |
| INDEX | 4.00 Pages | 67.50 |
| (TAXABLE   $      67.50) | | 4.00 |
| and | | |
| Michael Hart | | |
| INDEX | 4.00 Pages | 52.50 |
| | | 4.00 |

**TAX ID NO.:** 31-0725254

(513) 381-3525

Ace Reporting Service
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUM |
|---|---|---|
| 146524 | 01/03/2005 | 01-75492 |
| JOB DATE | REPORTER(S) | CASE NUM |
| 12/16/2004 | COATJE | C101467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers Intl. Union

**TERMS**

Due upon receipt

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

(TAXABLE   $    52.50)

TOTAL  DUE  >>>>          1,225.0

AFTER 02/02/2005 PAY      1,243.3

10 DAY SIGNATURE THROUGH MR SEIBEL'S COPY
ORIGINAL FILED VIA FEDEX 01/03/05
COPY DEL BY COURIER 01/03/05

## 1½% PER MONTH
## ADDED AFTER 30 DAYS

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson, & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Job No.    :  01-75492
Case No.   :  C101467
Dorman Angel vs. United Paperworke

Invoice No.:  146524
Date       :  01/03/2005
TOTAL DUE  :     1,225.00
AFTER 2/2/2005 PAY : 1,243.38

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:                      Zip:
Cardholder's Signature:

Remit To:    Ace Reporting Services
             30 Garfield Place
             Suite 620
             Cincinnati, OH 45202-4364

Ace Reporting Services
Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax  (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146551 | 01/06/2005 | 01-75493 |
| JOB DATE | REPORTER(S) | CASE NUMBE |
| 12/17/2004 | COATJE | C101467 |

### CASE CAPTION

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Dorman Angel vs. United Paperworkers International Un

### TERMS

Due upon receipt

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Timothy D. Bray | | 69.25 |
| INDEX | 7.00 Pages | 7.00 |
| DELIVERY: COURIER | | 4.50 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | |
| Ellsworth Williamson | | 236.25 |
| INDEX | 6.00 Pages | 6.00 |
| (TAXABLE    $    236.25) | | |
| and | | |
| Jeffrey Jones | | 63.75 |
| INDEX | 4.00 Pages | 4.00 |
| (TAXABLE    $    63.75) | | |
| and | | |
| James Johns | | 63.75 |
| INDEX | 4.00 Pages | 4.00 |
| (TAXABLE    $    63.75) | | |
| and | | |
| James Frost | | 78.75 |
| INDEX | 5.00 Pages | 5.00 |
| (TAXABLE    $    78.75) | | |

TAX ID NO.:  31-0725254

(513) 381-3525

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMB |
|---|---|---|
| 146551 | 01/06/2005 | 01-75493 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMB** |
| 12/17/2004 | COATJE | C101467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers International Un

**TERMS**

Due upon receipt

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

and
    Peter L. Cecere, Jr.
            INDEX
(TAXABLE    $     56.25)          4.00 Pages                        56.25
                                                                    4.00
and
    Jimmy Tatum
            INDEX
(TAXABLE    $     75.00)          4.00 Pages                        75.00
                                                                    4.00
and
    George Tatum
            INDEX
(TAXABLE    $     56.25)          3.00 Pages                        56.25
                                                                    3.00

                            TOTAL    DUE    >>>>                    740.75

                            AFTER 02/05/2005 PAY                    751.86

ORIGINALS FILED W/COURT BY COURIER 01/06/05
COPIES DEL BY COURIER 01/06/05

### 1½% PER MONTH
### ADDED AFTER 30 DAYS

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Job No.    :   01-75493
Case No.   :   C101467
Dorman Angel vs. United Paperworker

Invoice No.:   146551
Date       :   01/06/2005
**TOTAL DUE :        740.75**
AFTER 2/5/2005 PAY : 751.86

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                          Phone #:
Billing Address:
Amount to Charge:                              Zip:
Cardholder's Signature:

Remit To:    **Ace Reporting Services**
             **30 Garfield Place**
             **Suite 620**
             **Cincinnati, OH 45202-4364**

Ace Reporting Services
36 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 146628 | 01/12/2005 | 01-75547 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMB** |
| 12/20/2004 | COATJE | C101467 |

### CASE CAPTION

Dorman Angel vs. United Paperworkers Intl. Union

**TERMS**

Net 30 - int. accrues @ 1.5% per month

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    David Green
            INDEX
            DELIVERY: COURIER                6.00 Pages                236.25
    (TAXABLE    $    236.25)                                              6.00
                                                                         4.50

and
    Wade Nunn, Jr.
            INDEX                            5.00 Pages                 63.75
    (TAXABLE    $    63.75)                                             5.00

and
    Donald M. Bridge
            INDEX                            3.00 Pages                 37.50
    (TAXABLE    $    37.50)                                             3.00

and
    Ronald L. Bridge
            INDEX                            3.00 Pages                 33.75
    (TAXABLE    $    33.75)                                             3.00

and
    John Rice
            INDEX                            5.00 Pages                 63.75
    (TAXABLE    $    63.75)                                             5.00

**TAX ID NO. :** 31-0725254

(513) 381-3525

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146628 | 01/12/2005 | 01-75547 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMB** |
| 12/20/2004 | COATJE | C101467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers Intl. Union

**TERMS**

Net 30 - int. accrues @ 1.5% per month

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

and
   Kenneth W. Bauer
      INDEX
(TAXABLE   $   33.75)          3.00 Pages          33.75
                                                   3.00

and
   Stephen Sauter
      INDEX
(TAXABLE   $   41.25)          3.00 Pages          41.25
                                                   3.00

and
   Barbara Sauter
      INDEX
(TAXABLE   $   63.75)          5.00 Pages          63.75
                                                   5.00

and
   Robert Chestnut
      INDEX
(TAXABLE   $   60.00)          4.00 Pages          60.00
                                                   4.00

and
   Kenneth Lakes
      INDEX
(TAXABLE   $   45.00)          3.00 Pages          45.00
                                                   3.00

**TAX ID NO.:** 31-0725254

(513) 381-3525

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146628 | 01/12/2005 | 01-75547 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMB** |
| 12/20/2004 | COATJE | C101467 |

### CASE CAPTION

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Dorman Angel vs. United Paperworkers Intl. Union

### TERMS

Net 30 - int. accrues @ 1.5% per month

and
   Vivian Livingston
         INDEX
(TAXABLE   $   56.25)

4.00 Pages

56.25
4.00

TOTAL   DUE   >>>>

783.50

AFTER 02/11/2005 PAY

795.25

ORIGINAL WILL BE FILED WHEN COMPLETE
COPIES DEL BY COURIER 1/12/05

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Job No.    :  01-75547
Case No.   :  C101467
Dorman Angel vs. United Paperworker.

Invoice No.:  146628
Date       :  01/12/2005
**TOTAL DUE :**       783.50
AFTER 2/11/2005 PAY : 795.25

### PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                         Phone #:
Billing Address:
Amount to Charge:                      Zip:
Cardholder's Signature:

Remit To:    **Ace Reporting Services**
             **30 Garfield Place**
             **Suite 620**
             **Cincinnati, OH 45202-4364**

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146680 | 01/18/2005 | 01-75580 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMB** |
| 12/27/2004 | COATJE | CI01467 |

**CASE CAPTION**

Donnan Angel vs. United Paperworkers International Un

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

**TERMS**

Net 30 - int. accrues @ 1.5% per month

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Edward Roberts | | 213.75 |
| INDEX | 3.00 Pages | 3.00 |
| DELIVERY: COURIER | | 4.50 |
| (TAXABLE   $   138.75) | | |
| and | | |
| Theresa Creech | | 45.00 |
| INDEX | 3.00 Pages | 3.00 |
| (TAXABLE   $   45.00) | | |
| and | | |
| Richard Whitehill | | 45.00 |
| INDEX | 3.00 Pages | 3.00 |
| (TAXABLE   $   45.00) | | |

| | | |
|---|---|---|
| TOTAL   DUE   >>>> | | 317.25 |
| AFTER 02/17/2005 PAY | | 322.01 |

ORIGINALS HELD FOR FILING
COPIES DEL BY COURIER 01/17/05

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Job No.    :  01-75580
Case No.   :  CI01467
Dorman Angel vs. United Paperworker

Invoice No.:  146680
Date       :  01/18/2005
**TOTAL DUE :      317.25**
AFTER 2/17/2005 PAY :  322.01

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:             Zip:
Cardholder's Signature:

Remit To:   **Ace Reporting Services**
            **30 Garfield Place**
            **Suite 620**
            **Cincinnati, OH 45202-4364**

Ace Reporting Services
3 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146784 | 01/26/2005 | 01-75762 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBE** |
| 01/11/2005 | COATJE | C101467 |

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

**CASE CAPTION**

Dorman Angel vs. United Paperworkers International Uni

**TERMS**

Net 30 - int. accrues @ 1.5% per month

ORIGINAL AND 1 COPY OF TRANSCRIPTS OF:

| | | |
|---|---|---|
| Dennis Felts | | |
| INDEX | | 338.75 |
| (TAXABLE   $   338.75) | 5.00 Pages | 5.00 |
| and | | |
| Robert Holland | | |
| INDEX | | 63.75 |
| (TAXABLE   $   63.75) | 4.00 Pages | 4.00 |
| and | | |
| David Glaab | | |
| INDEX | | 60.00 |
| (TAXABLE   $   60.00) | 4.00 Pages | 4.00 |
| and | | |
| Michael Potts | | |
| INDEX | | 127.50 |
| (TAXABLE   $   127.50) | 8.00 Pages | 8.00 |
| and | | |
| Ernest Shackleford | | |
| INDEX | | 86.25 |
| (TAXABLE   $   86.25) | 6.00 Pages | 6.00 |

TAX ID NO.: 31-0725254

(513) 381-3525

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146784 | 01/26/2005 | 01-75762 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMB** |
| 01/11/2005 | COATJE | C101467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers International Un

**TERMS**

Net 30 - int. accrues @ 1.5% per month

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

and
   Ben Gainey
      INDEX
(TAXABLE   $   82.50)

5.00 Pages
    82.50
    5.00

and
   Garrett Richards
      INDEX
(TAXABLE   $   90.00)

6.00 Pages
    90.00
    6.00

**TOTAL DUE >>>>**   886.75

AFTER 02/25/2005 PAY   900.05

30 DAY SIG THROUGH MR SEIBEL'S COPY
ORIGINALS HELD FOR FILING
COPIES DEL BY COURIER 01/26/05

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Job No.    :  01-75762
Case No.   :  C101467
Dorman Angel vs. United Paperworker:

Invoice No.:  146784
Date       :  01/26/2005
TOTAL DUE  :    886.75
AFTER 2/25/2005 PAY : 900.05

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                     Phone #:
Billing Address:
Amount to Charge:                        Zip:
Cardholder's Signature:

Remit To:    Ace Reporting Services
           30 Garfield Place
           Suite 620
           Cincinnati, OH 45202-4364

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146803 | 01/27/2005 | 01-75782 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMB** |
| 01/12/2005 | COATJE | C101467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers International Un

**TERMS**

Net 30 - int. accrues @ 1.5% per month

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati; OH 45202

---

ORIGINAL AND 1 COPY OF TRANSCRIPTS OF:
```
   Robert J. Follick
          INDEX
(TAXABLE   $    85.00)
```
3.00 Pages

85.00
3.00

and
```
   Jamie Roy
          INDEX
(TAXABLE   $    37.50)
```
3.00 Pages

37.50
3.00

and
```
   Michael F. Baker
          INDEX
(TAXABLE   $    56.25)
```
4.00 Pages

56.25
4.00

TOTAL   DUE   >>>>     188.75

AFTER 02/26/2005 PAY     191.58

ORIGINALS HELD FOR FILING
COPIES DEL BY COURIER 01/27/05

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

```
Job No.   :  01-75782
Case No.  :  C101467
Dorman Angel vs. United Paperworker

Invoice No.:  146803
Date      :  01/27/2005
TOTAL DUE :      188.75
AFTER 2/26/2005 PAY : 191.58
```

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:      Phone #:
Billing Address:
Amount to Charge:      Zip:
Cardholder's Signature:

Remit To:   **Ace Reporting Services**
        **30 Garfield Place**
        **Suite 620**
        **Cincinnati, OH 45202-4364**

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMI |
|---|---|---|
| 146805 | 01/27/2005 | 01-75806 |
| JOB DATE | REPORTER(S) | CASE NUM. |
| 01/13/2005 | COATJE | C101467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers International U

**TERMS**

Net 30 - int. accrues @ 1.5% per month

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Olivia Day
        INDEX                                              100.0(
(TAXABLE   $    100.00)           4.00 Pages                  4.0(

                          TOTAL   DUE   >>>>            104.00
                      AFTER 02/26/2005 PAY              105.56

30 DAY SIG THROUGH MR SEIBEL'S COPY
ORIGINAL HELD FOR FILING
COPIES DEL BY COURIER 01/27/05
```

**TAX ID NO.:** 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

```
Job No.   :  01-75806
Case No.  :  C101467
Dorman Angel vs. United Paperworke

Invoice No.:  146805
Date      :  01/27/2005
TOTAL DUE :      104.00
AFTER 2/26/2005 PAY : 105.56
```

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:                    Zip:
Cardholder's Signature:

Remit To:  **Ace Reporting Services**
**30 Garfield Place**
**Suite 620**
**Cincinnati, OH 45202-4364**

# INVOICE

Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

| INVOICE NO. | DATE | JOB NUMBE |
|---|---|---|
| 146807 | 01/27/2005 | 01-75870 |
| JOB DATE | REPORTER(S) | CASE NUMB |
| 01/20/2005 | COATJE | C101467 |

### CASE CAPTION

Dorman Angel vs. United Paperworkers International Un

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

### TERMS

Net 30 - int. accrues @ 1.5% per month

| | | |
|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | |
| Kenneth Johnson | | |
| INDEX | | 160.00 |
| (TAXABLE   S   160.00) | 7.00 Pages | 7.00 |

| | | |
|---|---|---|
| TOTAL   DUE   >>>> | | 167.00 |
| AFTER 02/26/2005 PAY | | 169.51 |

30 DAY SIG THROUGH MR SEIBEL'S COPY
ORIGINALS HELD FOR FILING
COPIES DEL BY COURIER 01/27/05

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

```
Job No.    :  01-75870
Case No.   :  C101467
Dorman Angel vs. United Paperworker

Invoice No.:  146807
Date       :  01/27/2005
TOTAL DUE  :      167.00
AFTER 2/26/2005 PAY : 169.51
```

### PAYMENT WITH CREDIT CARD

Card Holder's Name:

VISA/MC #:

Exp. Date:                    Phone #:

Billing Address:

Amount to Charge:                    Zip:

Cardholder's Signature:

**Remit To:**    Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364

Free Reporting Services
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUM |
|---|---|---|
| 146809 | 01/27/2005 | 01-75871 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUM** |
| 01/21/2005 | COATJE | CI01467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers International U

**TERMS**

Net 30 - int. accrues @ 1.5% per month

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  Michael S. Baker
        INDEX
        DELIVERY: COURIER
(TAXABLE    $     96.25)

4.00 Pages

96.2
4.0
4.5

                              TOTAL  DUE  >>>>        104.7!
                        AFTER 02/26/2005 PAY          106.3:

30 DAY SIG THROUGH MR SEIBEL'S COPY
ORIGINAL HELD FOR FILING
COPIES DEL BY COURIER 01/27/05

TAX ID NO.: 31-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Job No.   :  01-75871
Case No.  :  C101467
Dorman Angel vs. United Paperworke

Invoice No.:  146809
Date      :  01/27/2005
**TOTAL DUE** :      104.75
AFTER 2/26/2005 PAY : 106.32

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:                    Zip:
Cardholder's Signature:

Remit To:    **Ace Reporting Services**
             **30 Garfield Place**
             **Suite 620**
             **Cincinnati, OH 45202-4364**

Ace Reporting Services
850 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUM |
|---|---|---|
| 147097 | 02/23/2005 | 01-76183 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUM** |
| 02/21/2005 | HENDDE | CI01467 |

**CASE CAPTION**

Dorman Angel vs. United Paperworkers International U

**TERMS**

Net 30 - int. accrues @ 1.5% per month

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

ORIGINAL AND 1 COPY OF TRANSCRIPTS OF:
   Michael G. Oliver
            INDEX
            DELIVERY: COURIER                    4.00 Pages                191.5
(TAXABLE    $    191.56)                                                   4.0
                                                                          4.5

and
   Troy Messer
            INDEX                                6.00 Pages                114.1
(TAXABLE    $    114.19)                                                   6.00

and
   Sharon Sutton Messer
            INDEX                                3.00 Pages                59.81
(TAXABLE    $    59.81)                                                    3.00

and
   Diana McGuire
            INDEX                                3.00 Pages                48.94
(TAXABLE    $    48.94)                                                    3.00

and
   Gladys Jones
            INDEX                                2.00 Pages                38.06
(TAXABLE    $    38.06)                                                    2.00

TAX ID NO.: 31-0725254

                                            (513) 381-3525

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUM |
|---|---|---|
| 147097 | 02/23/2005 | 01-76183 |

| JOB DATE | REPORTER(S) | CASE NUM |
|---|---|---|
| 02/21/2005 | HENDDE | C101467 |

### CASE CAPTION

Dorman Angel vs. United Paperworkers International

### TERMS

Net 30 - int. accrues @ 1.5% per month

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

| | | |
|---|---|---|
| and | | |
| David Wynn | | |
| INDEX | | 59.8 |
| (TAXABLE  $    59.81) | 3.00 Pages | 3.0 |
| and | | |
| Russell Howard | | |
| INDEX | | 81.5 |
| (TAXABLE  $    81.56) | 4.00 Pages | 4.0 |
| and | | |
| David Smith | | |
| INDEX | | 48.9 |
| (TAXABLE  $    48.94) | 3.00 Pages | 3.0 |

TOTAL  DUE  >>>>        675.3

AFTER 03/25/2005 PAY        685.5

30 DAY SIG THROUGH MR SEIBEL'S COPIES
ORIG HELD FOR FILING/COPIES DEL BY COURIER 02/23/05

TAX ID NO.: 3i-0725254

(513) 381-3525

*Please detach bottom portion and return with payment.*

James Robinson, Esq.
Kircher, Robinson & Welch
Suite 2520, Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Job No.    :  01-76183
Case No.   :  C101467
Dorman Angel vs. United Paperworke

Invoice No.:  147097
Date       :  02/23/2005
TOTAL DUE  :     675.37
AFTER 3/25/2005 PAY : 685.50

### PAYMENT WITH CREDIT CARD

Card Holder's Name:

VISA/MC #:

Exp. Date:                    Phone #:

Billing Address:

Amount to Charge:                    Zip:

Cardholder's Signature:

Remit To:    **Ace Reporting Services**
             **30 Garfield Place**
             **Suite 620**
             **Cincinnati, OH 45202-4364**