IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DORMAN ANGEL, et al.,                        PLAINTIFFS

     vs                      Case No.  1:01cv467-SSB

UNITED PAPERWORKERS
INTERNATIONAL, UNION (PACE)
LOCAL 1967, UNITED PAPERWORKERS
INTERNATIONAL Union, International
Paper Company, et al,                        DEFENDANTS

_____

NOTICE TO COUNSEL UPON FILING OF BILL OF COSTS
_____

On August 1, 2005, the Plaintiffs in this action filed a Notice of Appeal.  On March 14, 2007, Defendants, United Paperworkers International Union, filed a Bill of Costs.  The Bill of Costs will be held in abeyance until the Mandate is returned on appeal in this case and the Bill of Costs is re-filed.

JAMES BONINI, CLERK


s/ *Susan D. Bridges*

Susan D. Bridges, Division Manager