## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 05-4114

Filed: March 22, 2007

DORMAN ANGEL, et al.,

      Plaintiffs - Appellants

  v.

    1.01CU467

UNITED PAPERWORKERS INTERNATIONAL UNION (PACE) LOCAL 1967;
UNITED PAPERWORKERS INTERNATIONAL UNION; INTERNATIONAL PAPER
COMPANY;

      Defendants - Appellees

SMART PAPER LLC

      Defendant

### MANDATE

    Pursuant to the court's disposition that was filed 2/28/07
the mandate for this case hereby issues today.

A True Copy.

COSTS: NONE              Attest:

Filing Fee ..........$
Printing ...........$

    Total ........$                   Deputy Clerk