IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DORMAN ANGEL, et al.,                                                    PLAINTIFFS

    vs                                                                         Case No.  1:01cv467-SSB

UNITED PAPERWORKERS
INTERNATIONAL, UNION (PACE)
LOCAL 1967, UNITED PAPERWORKERS
INTERNATIONAL Union, International
Paper Company, et al,                                                           DEFENDANTS

_____

NOTICE TO COUNSEL UPON FILING OF BILL OF COSTS
_____

       On March 14, 2007, Defendants, United Paperworkers International Union, filed a Bill of Costs in the above-captioned matter.  The following is the briefing schedule for the Bill of Costs:

    Memoranda Contra by Plaintiff        -       April 17, 2007

    Reply in Support by Defendant         -       April 28, 2007

       If Plaintiff fails to file a memoranda contra on or before April 17, 2007, the Bill of Costs will be taxed by the clerk on April 20, 2007.

                                              JAMES BONINI, CLERK

                                              s/ *Susan D. Bridges*
                                              Susan D. Bridges, Division Manager