FILED
JAMES BONINI
CLERK

07 MAR 30 PM 1:37

Ronald Clark Morgan
118 South Second St.
Hamilton, OH 45011

## Notices

1:01-cv-00467-SSB Angel, et al v. UPIU Local 1967, et al **CASE CLOSED on 07/28/2005**

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from tt1, entered on 3/22/2007 at 5:45 PM EDT and filed on 3/22/2007
**Case Name:** Angel, et al v. UPIU Local 1967, et al
**Case Number:** 1:01-cv-467
**Filer:**
**WARNING: CASE CLOSED on 07/28/2005**
**Document Number:** 124

**Docket Text:**
NOTICE by Susan D. Bridges, Division Manager re [123] Bill of Costs. Pursuant to the filing of a Notice of Appeal on 3/14/2007, the bill of costs will be held in abeyance until issuance of mandate on appeal and the bill of costs re-filed. (tt1, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/22/2007] [FileNumber=1323104-0
] [7256153b75d51c57e1f01794062ebbc3c2a808d6f0163b36b270c92e825dd03e822
dab8ab48a090ddad8c9a8cab3a18d91b21dab2b40287ae483b0803bdf0eb0]]

**1:01-cv-467 Notice will be electronically mailed to:**

Mark Joseph Byrne    mbyrne@jksmlaw.com

Grant Spencer Cowan    gcowan@fbtlaw.com, tzenger@kmclaw.com

Robert Irvin Doggett    rdoggett@fuse.net

Peter Mark Fox    pfox@manleyburke.com

Margery Sinder Friedman    mfriedman@morganlewis.com,

Robert Joseph Hollingsworth    rjh@corsbassett.com, lth@corsbassett.com; roholworth@cinci.rr.com

Stanley F Lechner    slechner@morganlewis.com,

Vincent J Miraglia    vmiraglia@mcguirewoods.com

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
**CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

```
NIXIE        450      1          25 03/29/07         NK
           RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD

BC: 45202397628       *2815-00504-29-27
```