# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **DORMAN ANGEL, et al.** | : | CIVIL ACTION NO. **C-1-01-467** |
| Plaintiffs | : | JUDGE: **BECKWITH** |
| | : | MAGISTRATE JUDGE: **SHERMAN** |
| vs. | : | |
| **UNITED PAPERWORKERS** | : | **PLAINTIFFS' MOTION FOR AN** |
| **INTERNATIONAL UNION (PACE)** | : | **EXTENSION OF TIME OF SEVEN (7)** |
| **LOCAL 1967, et al.** | : | **DAYS TO RESPOND TO THE** |
| | : | **REQUEST FOR BILL OF COSTS** |
| Defendants | : | |

Now come Plaintiffs, by and through counsel, and hereby request until April 24, 2007, in which to respond to the request for bill of costs. On March 27, 2007, the Clerk issued a notice relating to the date by which Plaintiffs must respond to the request for bill of costs. Plaintiffs' counsel states that he is in trial before the Honorable Judge Kemp in Federal Court in Columbus this week. Plaintiffs' counsel states that the last week has been spent in preparing for the case for presentation before Judge Kemp with co-counsel. Therefore, Plaintiffs respectfully request an extension to reply until April 24, 2007.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele: (513) 381-6600
Fax:  (513) 381-4150
E-mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Grant S. Cowan, Esquire
Frost Brown Todd LLC
Attorney for Defendant
 International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202
gcowan@fbtlaw.com

Vincent J. Miraglia, Esquire
International Paper Company
Legal Department
6400 Poplar Avenue
Memphis, TN  38197
vincent.miraglia@ipaper.com

W. Carter Younger, Esquire
McGuire Woods LLP
Attorney for Defendant
 International Paper Company
One James Center
901 E. Cary Street
Richmond, VA  23219
cyounger@mcquirewoods.com

Peter M. Fox, Esquire
Manley Burke LPA
225 West Court Street
Cincinnati, OH  45202-1098
info@manleyburke.com

Daniel M. Kovalik, Esquire
Assistant General Counsel
United Steelworkers Legal Department
Attorney for Defendant
  PACE International Union
5 Gateway Center, Suite 807
Pittsburgh, PA  15222
dkovalik@steelworkers-usw.org

Robert I. Doggett, Esquire
Attorney for Defendant
  PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, OH  45244
rdoggett@fuse.net

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
Attorney for Plaintiffs