UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DORMAN ANGEL, et al., | : | Case No. 1:01-CV-467 |
| Plaintiffs, | : | JUDGE BECKWITH |
| v. | : | MAGISTRATE JUDGE SHERMAN |
| UNITED PAPERWORKERS INTERNATIONAL, UNION (PACE) LOCAL 1967, UNITED PAPERWORKERS INTERNATIONAL UNION, INTERNATIONAL PAPER COMPANY, et al., | : | |
| Defendants. | : | |

### DEFENDANT UNITED PAPERWORKERS INTERNATIONAL UNION'S REPLY MEMORANDUM IN SUPPORT OF ITS BILL OF COSTS

Plaintiffs' Memorandum in Response to the Bill of Costs acknowledges that the costs identified by Defendant PACE in its Bill of Costs are recoverable, but requests that the Court delay awarding Defendant its costs until after the Plaintiffs file a petition for a writ of certiorari with the Supreme Court of the United States. Defendant UPIU opposes the requested delay.

Under 28 USC §1920, upon allowance, a bill of costs is to be included in a court's judgment or decree. FRCP 58(a)(2) directs the clerk to prepare, sign and enter a judgment in cases where the Court denies all relief. Under Rule 58(c), entry of a judgment is not ordinarily to be delayed in order to tax costs.

In the instant case, it appears that no Judgment was entered by the District Court reflecting the Court's Orders granting partial dismissal (Documents 61 and 67) and granting Defendant UPIU's Motion for Summary Judgment (Document 117). Plaintiffs filed a Notice of

1

Appeal, but that Notice did not identify a Judgment Entry from which appeal was taken; instead the Notice made reference to the Court's Orders concerning Defendant's dispositive motions.

Now that the Court of Appeals has issued its decision and mandate (Document 125), the Court should enter Judgment pursuant to FRCP 58, and because Defendant's Bill of Costs is not contested and because taxing those costs will not cause delay, Defendant's costs should be included in the Judgment.

Respectfully submitted,

/s/ Peter M. Fox (0030042)
Peter M. Fox (0030042)
Manley Burke LPA
225 West Court Street
Cincinnati, Ohio 45202-1098
Telephone: (513) 721-5525
Facsimile: (513) 721-4268
Attorney for Defendant United
Paperworkers International Union

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was served by electronic filing on May 4, 2007, to the following:

Mark J. Byrne
Jacobs, Kleinman, Seibel & McNally
Trial Attorneys for Plaintiffs
2300 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202

Grant C. Cowan
Frost Brown Todd LLC
Attorney for Defendant
 International Paper Company
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202

Vincent J. Mirgalia
International Paper Company
 Legal Department
6400 Poplar Avenue
Memphis, TN 38197

Robert J. Hollingsworth
Cors & Bassett
Attorney for Defendant
 Smart Papers, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202

Stanley F. Lechner
Laine S. Posel
Morgan, Lewis & Bockius
Attorney for Defendant
 Smart Papers, LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Charles P. Groppe
Morgan, Lewis & Bockius
Attorney for Defendant
 Smart Papers LLC
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

James B. Robinson
Counsel for PACE International Union
119 East Court Street, Suite 213
Cincinnati, Ohio 45202

I also certify that I have mailed by United States Postal Service the document to the following:

Ronald Morgan
Morgan & Associates
118 South Second Street
Hamilton, Ohio 45011

Robert I. Doggett
Attorney for Defendant
 PACE Local 5-1967
6740 Clough Pike, Room 200
Cincinnati, Ohio 45244

W. Carter Younger
McGuire Woods LLP
Attorney for Defendant
International Paper Company
One James Center
901 E. Cary Street
Richmond, VA 23219

/s/ Peter M. Fox (0030042)
Peter M. Fox
Attorney for Defendant United Paperworkers
International Union

N:\WIP\PMF\USWA\Dorman Angel\UPIU Reply Memo in Support of Bill of Costs 5-4-07.doc-skm