UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DORMAN ANGEL, et al., | : | Case No. C-1-01-467 |
| | | Court of Appeals Case No.: 05-4114 |
| Plaintiffs, | : | |
| v. | : | BILL OF COSTS |
| UNITED PAPERWORKERS INTERNATIONAL, UNION (PACE) LOCAL 1967, UNITED PAPERWORKERS INTERNATIONAL UNION, INTERNATIONAL PAPER COMPANY, et al., | : | |
| Defendants. | : | |

The Court's Decision having been affirmed by the United States Court of Appeals for the Sixth Circuit on February 28, 2007, the Clerk is requested pursuant to 28 USC §1920, Federal Rule of Civil Procedure 54 and Federal Rule of Appellate Procedure 39(e)(2) to tax the following as costs:

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case in the amount of $6,974.87. (See attached Index of Invoices)

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Signature of Attorney: /s/ Peter M. Fox

Name of Attorney: Peter M. Fox

For: United Paperworkers International Union   Date: March 14, 2007
     Name of Claiming Party

Costs are taxed in the amount of $6,974.87 and included in the judgment.

JAMES BONINI   By: Susan D. Bridges   5/9/07
Clerk of Court       Deputy Clerk            Date