# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**Dorman Angel, et al.,**
    **Plaintiffs**

**-vs-**   Case No.   **1:01-cv-467**

**United Paperworkers International,**
**Union (PACE), et al.,**
    **Defendants**

# JUDGMENT

    **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that** United Paperworkers International Union Local 1967, United Paperworkers International Union, and Smart Papers, LLC's motions for summary judgment are **GRANTED**. International Paper Company's motion for summary judgment is **MOOT**.

Date: July 28, 2005 (nunc pro tunc)   James Bonini, Clerk

    By:   s/Mary C. Brown
        Mary C. Brown, Deputy Clerk